IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL TO RECEIVER THROUGH MARCH 31, 2021**

Waller Lansden Dortch & Davis, LLP ("***Waller***"), counsel to the court-appointed receiver (the "***Receiver***") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "***Fee Application***") through March 31, 2021 (the "***Application Period***") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

### BACKGROUND

1. On March 15, 2021 (the "***Appointment Date***"), this Court entered the *Order* (Dkt. No. 43) (the "***Receiver Order***"),[1] appointing the Receiver to administer and control the Facility.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

4821-2216-4454.2

Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds.)

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2021, for matters of this type, and for reimbursement of all reasonable costs and expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, Waller spent **19.4** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$8,658.50** in fees and **$316.16** in expenses.

13. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Ryan K. Cochran | $550 | 5.2 | $2,860.00 |
| Brian J. Malcom | $440 | 1.8 | $792.00 |
| Blake D. Roth | $480 | 3.1 | $1,488.00 |
| Kristen A. Larremore | $495 | 2.9 | $1,435.50 |
| Hunter Thornton | $345 | 3.8 | $1,311.00 |

| | | | |
|---|---|---|---|
| Jeanette L. Ramer | $305 | 0.5 | $152.50 |
| Chris T. Cronk | $295 | 2.1 | $619.50 |
| **TOTAL** | | **19.4** | **$8,658.50** |

14. In addition, during the Application Period, Waller incurred actual, necessary expenses in the amount of **$316.16** as follows:

| Expense | Amount |
|---|---|
| UPS Shipping | $158.06 |
| Postage | $158.10 |

### TERMS AND CONDITIONS OF COMPENSATION

15. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

16. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

17. By this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$8,658.50** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$316.16** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

18. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be

received for services rendered as counsel to the Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

21. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: April 20, 2021

Respectfully submitted,

/s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 850-8778
Fax: (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

      I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 20th day of April, 2021.       */s/ Ryan K. Cochran*
                                                            OF COUNSEL

## Exhibit A

## Waller Invoices

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

Healthcare Management Partners
Derek Pierce
Via Email:
dpierce@HCMPLLC.com

April 16, 2021
Invoice 10804569
Page 1
Bill Through 03/31/21
Billing Atty: R. Cochran

Our Matter #   021401.12793

Knollwood Receivership

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/16/21 | Draft letter to taxing authorities and notice of acceptance<br>B110 | Thornton, Hunter | 0.90 hrs. | $ 310.50 |
| 03/16/21 | Email correspondence re: ▓▓▓ to R. Cochran, B. Roth, and B. Malcom<br>B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 03/16/21 | Research taxing authorities<br>B110 | Thornton, Hunter | 0.70 hrs. | $ 241.50 |
| 03/18/21 | Email correspondence with R. Cochran, B. Roth and B. Malcom re: ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/18/21 | Research law re: ▓▓▓▓▓▓<br>B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 03/19/21 | Email and phone correspondence with B. Malcom re: ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓<br>B110 | Thornton, Hunter | 0.30 hrs. | $ 103.50 |
| 03/19/21 | Email correspondence with B. Malcom and B. Roth re: notice ▓▓▓ ▓▓▓▓▓<br>B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/19/21 | Coordinate with parties and email correspondence to file all of the above<br>B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 03/19/21 | Draft receiver's oath and acceptance | | | |

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | | B110 | Thornton, Hunter | 0.40 hrs. | $ 138.00 |
| 03/19/21 | Review and revise notice of appointment | B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 03/20/21 | Email correspondence with R. Cochran and B. Malcom re: ▮▮▮▮▮ | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/22/21 | Email correspondence with Waller team re: ▮▮▮▮▮ | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/23/21 | Email correspondence with R. Cochran and HMP team re: ▮▮▮▮▮ | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/24/21 | Email correspondence with B. Roth and R. Cochran re: ▮▮▮▮▮ | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 03/29/21 | Email correspondence with R. Cochran re: ▮▮▮▮▮ | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| | Code Total: | | | 3.80 hrs. | $1,311.00 |
| 03/23/21 | Work on ADPH and SHPDA CHOW applications | B210 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| 03/24/21 | Work on CHOW applications with SHPDA and ADPH | B210 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| 03/29/21 | Work on recording receivership order in real property records | B210 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| | Code Total: | | | 0.50 hrs. | $275.00 |
| 03/16/21 | Review order appointing receivership and ADPH filing requirements | C300 | Larremore, Kristen A. | 0.60 hrs. | $ 297.00 |
| 03/19/21 | Confirm filing obligations with ADPH and SHPDA regarding the change of ownership to the receiver in conjunction with the executed receivership order and provide application forms to R. Cochran | C300 | Larremore, Kristen A. | 0.80 hrs. | $ 396.00 |
| 03/22/21 | Work on SNF licensure change application | C300 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| 03/22/21 | Prepare the ADPH and SHPDA change of ownership applications to reflect the receivership appointment | C300 | Larremore, Kristen A. | 1.20 hrs. | $ 594.00 |
| 03/23/21 | Call with W. Jones (BOKF Counsel) re: claims process | C300 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| 03/30/21 | Review Order and advise HMP regarding potential change of license associated filings and review needed to determine applicable notices and filings for the facility regarding the appointment of receiver | | | | |

| | | | | |
|---|---|---|---|---|
| | C300 | Larremore, Kristen A. | 0.30 hrs. | $ 148.50 |
| | | Code Total: | 3.20 hrs. | $1,600.50 |
| 03/19/21 | Attention to notices to taxing authorities<br>C400 | Roth, Blake D | 0.30 hrs. | $ 144.00 |
| 03/24/21 | Draft letter to taxing authorities<br>C400 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| | | Code Total: | 0.50 hrs. | $254.00 |
| 03/19/21 | Call with R. Cochran re: ▓▓▓▓▓▓<br>L190 | Roth, Blake D | 0.40 hrs. | $ 192.00 |
| | | Code Total: | 0.40 hrs. | $192.00 |
| 03/19/21 | Draft and revise notices of appearances; draft and revise acceptance by Receiver and prepare for filing<br>L210 | Malcom, Brian J. | 0.90 hrs. | $ 396.00 |
| | | Code Total: | 0.90 hrs. | $396.00 |
| 03/17/21 | Review ▓▓▓▓▓▓ and communicate re: ▓▓▓ with D. Pierce and R. Cochran<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 03/18/21 | Draft and revise acceptance of receivership and posting of bond; draft and revise notice of appearances<br>L250 | Malcom, Brian J. | 0.90 hrs. | $ 396.00 |
| 03/18/21 | Attention to motion to establish claims procedures<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 03/22/21 | Draft claims procedures order<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 03/24/21 | Analysis of motion to reconsider re: actions of receiver<br>L250 | Cochran, Ryan K | 1.20 hrs. | $ 660.00 |
| 03/29/21 | Work on claims motion<br>L250 | Cochran, Ryan K | 2.70 hrs. | $ 1,485.00 |
| 03/29/21 | Discuss ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with C. Roebuck<br>L250 | Cochran, Ryan K | 0.30 hrs. | $ 165.00 |
| 03/29/21 | Draft claims procedures motion<br>L250 | Roth, Blake D | 1.20 hrs. | $ 576.00 |
| 03/30/21 | Review and revise claims procedures order<br>L250 | Roth, Blake D | 0.60 hrs. | $ 288.00 |
| | | Code Total: | 7.50 hrs. | $3,858.00 |
| 03/29/21 | Research ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | | P240 | Cronk, Chris T. | 0.30 hrs. | $ 88.50 |
| 03/29/21 | Contact Mobile County Alabama about recording Receivership's Order and email to Mobile County Probate Court re: same | P240 | Cronk, Chris T. | 0.30 hrs. | $ 88.50 |
| 03/29/21 | Advise R. Cochran re: [redacted] | P240 | Cronk, Chris T. | 0.10 hrs. | $ 29.50 |
| | Code Total: | | | 0.70 hrs. | $206.50 |
| 03/30/21 | Contact Mobile County Probate Court re: recording Receiver's Order | P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |
| 03/30/21 | Contact publisher's for notice cost information | P400 | Cronk, Chris T. | 0.80 hrs. | $ 236.00 |
| 03/31/21 | Discuss [redacted] with J. Ramer and inquire about [redacted] | P400 | Cronk, Chris T. | 0.10 hrs. | $ 29.50 |
| 03/31/21 | Continued attempts to contact Mobile Alabama Probate Court re: recording Receiver's Order | P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |
| 03/31/21 | Provide R. Cochran and D. Liles [redacted] | P400 | Cronk, Chris T. | 0.10 hrs. | $ 29.50 |
| 03/31/21 | Review county contacts; telephone conference with Probate Office recording division | P400 | Ramer, Jeanette L. | 0.40 hrs. | $ 122.00 |
| 03/31/21 | Telephone conference with C. Cronk regarding [redacted] | P400 | Ramer, Jeanette L. | 0.10 hrs. | $ 30.50 |
| | Code Total: | | | 1.90 hrs. | $565.50 |
| | Total Fees for Professional Services | | | | $ 8,658.50 |

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Cochran, Ryan K | 550.00 | 5.20 | $ 2,860.00 |
| Malcom, Brian J. | 440.00 | 1.80 | $ 792.00 |
| Roth, Blake D | 480.00 | 3.10 | $ 1,488.00 |
| Larremore, Kristen A. | 495.00 | 2.90 | $ 1,435.50 |
| Thornton, Hunter | 345.00 | 3.80 | $ 1,311.00 |
| Ramer, Jeanette L. | 305.00 | 0.50 | $ 152.50 |
| Cronk, Chris T. | 295.00 | 2.10 | $ 619.50 |
| TOTAL | | 19.40 | $ 8,658.50 |

**Disbursements**

| | | |
|---|---|---:|
| 03/25/21 | UPS Shipping: Next Day Air Commercial, 3/25/2021, From Deborah A. Liles  Alabama Department Of Revenue, Montgomery, AL, | $ 34.56 |
| 03/25/21 | UPS Shipping: Next Day Air Commercial, 3/25/2021, From Deborah A. Liles To C/O United States At Internal Revenue Service, Mobile, AL, | $ 44.47 |
| 03/25/21 | UPS Shipping: Next Day Air Commercial, 3/25/2021, From Deborah A. Liles To Attorney General's O State Of Alabama, Montgomery, AL, | $ 34.56 |
| 03/25/21 | UPS Shipping: Next Day Air Commercial, 3/25/2021, From Deborah A. Liles  Internal Revenue Service, Mobile, AL, | $ 44.47 |
| | Postage - 6 @ 26.35 | $ 158.10 |
| | Total Disbursements............................................................................. | $ 316.16 |
| | Total Fees and Disbursements on This Invoice | $ 8,974.66 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 8,974.66 |