IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

**RECEIVER'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED THROUGH MARCH 31, 2021**

Derek Pierce, managing partner of Healthcare Management Partners, LLC ("***HMP***"), as the court-appointed receiver (the "***Receiver***") in the above-captioned action, submits this motion (the "***Fee Application***") for compensation for services rendered and reimbursement of costs and expenses incurred through March 31, 2021 (the "***Application Period***") and, in support of this application, respectfully states as follows:

**BACKGROUND**

1.  On March 15, 2021 (the "***Appointment Date***"), this Court entered the *Order* (Dkt. No. 43) (the "***Receiver Order***"),[1] appointing the Receiver to administer and control the Facility.

2.  Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxx) of the Receiver Order allows the Receiver to pay itself such fees (and reimburse such expenses) as are payable in accordance with the terms of the Receiver Order, absent any contrary order of this Court.

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

5. Paragraph (37) of the Receiver Order lists the fees to be paid the Receiver for compensation for its services under the Receiver Order, plus reimbursement for the Receiver's reasonable and necessary out-of-pocket expenses directly related to the performance of the Receiver's duties under the Receiver Order.

6. Paragraph (37) of the Receiver Order further permits the Receiver to utilize members of HMP when necessary, appropriate and reasonable in the interests of economy.

7. Fees and expenses payable to the Receiver shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

8. Notwithstanding the foregoing, in accordance with Paragraph (37) of the Receiver Order, the Receiver's aggregate fees will not exceed five percent (5%) of the Facility's gross revenue during the term of this receivership proceeding.

9. To the extent the Receiver's monthly fees exceed five percent (5%) of the Facility's gross revenue during any month, the Receiver will accrue the fees in excess of the five percent (5%) limit imposed by Paragraph (37) of the Receiver Order. Any accrued fees will only be paid at such time as the Receiver's total fees no longer exceed five percent (5%) of the Facility's gross revenue.

10. As set forth in greater detail below, the Receiver's activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are a detailed accounting of the services provided by the Receiver during the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, the Receiver and HMP spent **57.85** hours fulfilling his duties and obligations under the Receiver Order, resulting in **$26,762.50** in fees and **$280.00** in expenses.

13. Additionally, the Receiver utilized the following members of HMP when necessary, appropriate and reasonable in the interest of economy, as provided for in Paragraph (EE) of the Receiver Order:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Derek Pierce, Managing Director | $575 | 9.55 | $5,491.25 |
| Don Bivacca, Managing Director | $525 | 6.1 | $2,493.75 |
| Zach Rowe, Managing Director | $525 | 3.0 | $1,575.00 |
| Jessica Scouten, Managing Director | $525 | 15.5 | $8,137.50 |
| Lauren Douglas, Senior Director | $475 | 3.1 | $1,472.50 |

| | | | |
|---|---|---|---|
| Tal Gurevich, Director | $425 | 1.7 | $722.50 |
| Claire Roebuck, Director | $425 | 3.4 | $1,445.00 |
| Anthony Jordan, Senior Associate | $350 | 15.5 | $5,425.00 |
| **Total** | | **57.85** | **$26,762.50** |

14.  In addition, during the Application Period, the Receiver and HMP incurred actual, necessary expenses in the amount of **$280.00**.

### TERMS AND CONDITIONS OF COMPENSATION

15.  Subject to this Court's approval, the Receiver seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the Receiver during the Application Period.

16.  The rates charged by the Receiver in this case are the same rates charged by the Receiver with regard to other matters of this type and are specifically authorized by the Receiver Order.

17.  By this Fee Application, the Receiver seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$26,762.50** for professional services rendered in performing its duties and obligations under the Receiver Order during the Application Period and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$280.00** incurred in performing his duties and obligations under the Receiver Order during the Application Period.

18.  Other than HMP's operating agreement, there are no agreements or understandings between the Receiver and any other person for the sharing of compensation to be received for services rendered as Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver Estate during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

WHEREFORE, the Receiver respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

Dated: April 20, 2021

Respectfully submitted,

/s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 850-8778
Fax: (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

**CERTIFICATE OF SERVICE**

       I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

| | |
|---|---|
| W. Joseph McCorkle, Jr.<br>Balch & Bingham<br>P.O. Box 78<br>Montgomery, AL 36101<br>jmccorkl@balch.com | Thomas R. Boller<br>Mary Allie Elizabeth Boller<br>Thomas R. Boller, PC<br>150 Government Street, Ste. 1001<br>Mobile, AL 36602<br>tom@bollerlawfirm.com<br>allie@bollerlawfirm.com |
| Frederic Dorwart<br>James A. Higgins<br>Nora R. O'Neill<br>Frederic Dorwart Lawyers<br>124 E. Fourth Street, Ste. 100<br>Tulsa, OK 74103<br>fdorwart@fdlaw.com<br>jhiggins@fdlaw.com | *Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC* |
| Walter Jones<br>Patrick N. Silloway<br>Balch & Bingham<br>30 Ivan Allen Jr. Blvd., Ste. 700<br>Atlanta, GA 30308<br>wjones@balch.com<br>psilloway@balch.com<br>*Attorneys for BOKF, N.A.* | Michael Mark Linder, Jr.<br>The Atchison Firm<br>3030 Knollwood Drive<br>Mobile, AL 36693<br>michael.linder@atchisonlaw.com<br><br>*Attorney for Medical Clinic Board of the City of Mobile* |

This 20th day of April, 2021.

                                                        */s/ Ryan K. Cochran*
                                                        OF COUNSEL

## Exhibit A

## HMP Invoices

4828-8242-2203.2



April 13, 2021
Invoice #2989
Bill Through 03/31/2021

**RE: Knollwood NH, LLC**

| Professional | Title | Hourly Rate[1] | Service Hours | Service Total | Expenses | Grand Total Fees |
|---|---|---|---|---|---|---|
| Derek Pierce | Managing Director | 575 | 9.55 | $ 5,491.25 | $ 280.00 | $ 5,771.25 |
| Don Bivacca | Managing Director | 525 | 6.10 | 2,493.75 | - | 2,493.75 |
| Zach Rowe | Managing Director | 525 | 3.00 | 1,575.00 |  | 1,575.00 |
| Jessica Scouten | Managing Director | 525 | 15.50 | 8,137.50 | - | 8,137.50 |
| Lauren Douglas | Senior Director | 475 | 3.10 | 1,472.50 | - | 1,472.50 |
| Tal Gurevich | Director | 425 | 1.70 | 722.50 | - | 722.50 |
| Claire Roebuck | Director | 425 | 3.40 | 1,445.00 | - | 1,445.00 |
| Anthony Jordan | Senior Associate | 350 | 15.50 | 5,425.00 | - | 5,425.00 |
| Total |  |  | 57.85 | 26,762.50 | 280.00 | 27,042.50 |
|  |  |  |  | **Amount Due** |  | **$ 27,042.50** |

Note 1: Travel time is billed at Half rate

**Please remit payment to the following address:**
Healthcare Management Partners, LLC
ATTN:  Lauren Douglas
1033 Demonbreun, Suite 300
Nashville, TN  37203

**Wiring Instructions:**
Bank Name: Wells Fargo
ABA Number: #         0248
Account Name: Healthcare Management Partners, LLC
Account Number: #            7394

# Healthcare Management Partners, LLC
## Time Activities by Employee Detail
### Activity: February - March, 2021

| Activity Date | Client | Memo/Description | Rates | Duration | Billable | Amount |
|---|---|---|---|---|---|---|
| **Anthony N. Jordan** | | | | | | |
| 03/24/2021 | Knollwood Healthcare - Receivership | Call with DeDe and HMP team regarding data request list. | 350.00 | 1 | Yes | 350.00 |
| 03/24/2021 | Knollwood Healthcare - Receivership | Set up PCC and SharePoint access | 350.00 | 0.1 | Yes | 35.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Pull CF supporting documents together in one file | 350.00 | 0.2 | Yes | 70.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Pull historical bank detail and statements for Cash flow Forecast | 350.00 | 0.7 | Yes | 245.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Pull historical reports from PCC and files saved by DeDe in the Share drive | 350.00 | 2 | Yes | 700.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Call with Jessica S. to outline Knollwood SNF Cash flow forecast | 350.00 | 0.5 | Yes | 175.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Email correspondence with Jessica S. regarding Knollwood Cash flow | 350.00 | 0.2 | Yes | 70.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Pull Vendor reports from PCC to determine Outstanding AP Balance by vendor | 350.00 | 0.3 | Yes | 105.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Discuss CF presentation with Jessica S. | 350.00 | 0.1 | Yes | 35.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Call with Jessica S. and Zach R. to discuss Knollwood SNF MOR process | 350.00 | 0.5 | Yes | 175.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 0.3 | Yes | 105.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Call with Jessica S. re; revenue buckets for Cash flow | 350.00 | 0.3 | Yes | 105.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Prepare Crosswalk for Knollwood SNF Cash flow | 350.00 | 0.2 | Yes | 70.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 0.4 | Yes | 140.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 1 | Yes | 350.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 0.3 | Yes | 105.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Review Check register and AP aging reports within Knollwood's GL system | 350.00 | 0.6 | Yes | 210.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Upload Historical GL transactions into Intacct Financial reporting system | 350.00 | 1 | Yes | 350.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Complete GL Crosswalk for 2021 Financial budgeting | 350.00 | 2.9 | Yes | 1,015.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 1.5 | Yes | 525.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Incorporate Knollwood GL into Intacct for budgeting purposes | 350.00 | 1.4 | Yes | 490.00 |
| **Total for Anthony N. Jordan** | | | | **15.5** | | **$ 5,425.00** |
| **Claire Roebuck** | | | | | | |
| 03/24/2021 | Knollwood Healthcare - Receivership | SHPDA and ADPH forms for license application | 425.00 | 0.6 | Yes | 255.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Receivership document listing and receivership explanation letter | 425.00 | 1.2 | Yes | 510.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Call with A Jordan regarding outstanding AP vendors | 425.00 | 0.1 | Yes | 42.50 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Call with R Cochran regarding ▇▇▇ | 425.00 | 0.3 | Yes | 127.50 |
| 03/29/2021 | Knollwood Healthcare - Receivership | transcr bing outstanding AP vendor list | 425.00 | 1 | Yes | 425.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Call with D Pierce regarding SHPDA and ADPH forms; emailing outstanding questions to Cindy Luker | 425.00 | 0.2 | Yes | 85.00 |
| **Total for Claire Roebuck** | | | | **3.4** | | **$ 1,445.00** |
| **Derek Pierce** | | | | | | |
| 03/16/2021 | Knollwood Healthcare - Receivership | call with DeDe Nichols re: no non-SNF disbursements | 575.00 | 0.25 | Yes | 143.75 |
| 03/16/2021 | Knollwood Healthcare - Receivership | debrief with receivers counsel | 575.00 | 0.25 | Yes | 143.75 |
| 03/16/2021 | Knollwood Healthcare - Receivership | call with counsel for Indenture Trustee re: entry of receivership order | 575.00 | 0.5 | Yes | 287.50 |
| 03/16/2021 | Knollwood Healthcare - Receivership | contact Piedmont Bank re: access checking accounts; prepare email to DeDe re: bank contact | 575.00 | 0.5 | Yes | 287.50 |
| 03/16/2021 | Knollwood Healthcare - Receivership | call with Scott Hardin re: status of the building | 575.00 | 0.2 | Yes | 115.00 |
| 03/18/2021 | Knollwood Healthcare - Receivership | Calls with: S Hardin re: insurance renewal (.1), D Nichols re: disbursements (.3); Piedmont bankers re: banking access (.4); 2nd call with Piedmont bank re: bank account access (.2); calls with counsel re: same (.2); review disbursement & email correspondence with D Nichols, (.2); call with T Gurevich re: status of insurance renewal applications (.1); call with L Douglas re: account set-up for organizing files (.2) | 575.00 | 1.7 | Yes | 977.50 |
| 03/18/2021 | Knollwood Healthcare - Receivership | Prepare email with list of questions for manager re: accounting software, EMR, etc. | 575.00 | 0.3 | Yes | 172.50 |
| 03/18/2021 | Knollwood Healthcare - Receivership | Kick-off call with HMP team, sidebar with counsel re: the same | 575.00 | 1 | Yes | 575.00 |
| 03/18/2021 | Knollwood Healthcare - Receivership | call with Jerry Griffin from Piedmont Bank | 575.00 | 0.4 | Yes | 230.00 |
| 03/19/2021 | Knollwood Healthcare - Receivership | Call with S Hardin re: next steps on insurance renewal | 575.00 | 0.25 | Yes | 143.75 |
| 03/22/2021 | Knollwood Healthcare - Receivership | calls with Piedmont Bank re: gaining access | 575.00 | 0.5 | Yes | 287.50 |
| 03/22/2021 | Knollwood Healthcare - Receivership | initial call with Rose from PCC re: migration of EMR from Marsh Pointe to new instance | 575.00 | 0.2 | Yes | 115.00 |
| 03/23/2021 | Knollwood Healthcare - Receivership | debrief with D Bivacca re: tours of Knollwood+Gordon Oaks (split time evenly between project codes) | 575.00 | 0.4 | Yes | 230.00 |
| 03/24/2021 | Knollwood Healthcare - Receivership | call with D Nichols and HMP team re: data request | 575.00 | 0.9 | Yes | 517.50 |
| 03/24/2021 | Knollwood Healthcare - Receivership | call with Rose from PCC re: migration of EMR from Marsh Pointe to new instance | 575.00 | 0.2 | Yes | 115.00 |
| 03/24/2021 | Knollwood Healthcare - Receivership | review motion to reconsider; call with counsel re: Medicaid rate question, plus prepare follow-up email re: same | 575.00 | 0.6 | Yes | 345.00 |
| 03/25/2021 | Knollwood Healthcare - Receivership | call with D Nicols & D. Bivacca re: management transition | 575.00 | 1 | Yes | 575.00 |
| 03/26/2021 | Knollwood Healthcare - Receivership | call with DeDe re: approval of disbursements | 575.00 | 0.1 | Yes | 57.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | email to PCC re: quote to transition EMR to stand-alone instance | 575.00 | 0.1 | Yes | 57.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | review and reply to DeDe on billing proposal | 575.00 | 0.1 | Yes | 57.50 |
| 03/31/2021 | Knollwood Healthcare - Receivership | call with C Roebuck about SHPDA and ADPH applications | 575.00 | 0.1 | Yes | 57.50 |
| **Total for Derek Pierce** | | | | **9.55** | | **$ 5,491.25** |
| **Donald Bivacca** | | | | | | |
| 03/23/2021 | Knollwood Healthcare - Receivership | Travel to Knollwood HC and Gordon Oaks. Split the drive by 2 and charged the to the Knollwood and back to Gordon Oaks | 262.50 | 2.7 | Yes | 708.75 |
| 03/23/2021 | Knollwood Healthcare - Receivership | Meeting with C. Luker (Administrator Knollwood HC) to discuss receivership transition and touring of the facilities. | 525.00 | 1.6 | Yes | 840.00 |
| 03/24/2021 | Knollwood Healthcare - Receivership | Call with D. Nichols (Hansen Hunter CO) to discuss Knollwood Financial responsibilities | 525.00 | 0.9 | Yes | 472.50 |
| 03/25/2021 | Knollwood Healthcare - Receivership | call follow-up re: Knollwood with D. Nichols (Hunter Hudson), D. Pierce (HMP) to determine next contractual relationship | 525.00 | 0.9 | Yes | 472.50 |
| **Total for Donald Bivacca** | | | | **6.1** | | **$ 2,493.75** |
| **Gurevich, Tal** | | | | | | |
| 03/18/2021 | Knollwood Healthcare - Receivership | Follow up on information for insurance applications | 425.00 | 0.5 | Yes | 212.50 |
| 03/19/2021 | Knollwood Healthcare - Receivership | Internal call with HMP | 425.00 | 0.7 | Yes | 297.50 |
| 03/22/2021 | Knollwood Healthcare - Receivership | Review insurance applications | 425.00 | 0.5 | Yes | 212.50 |
| **Total for Gurevich, Tal** | | | | **1.7** | | **$ 722.50** |
| **Jessica Scouten** | | | | | | |
| 03/26/2021 | Knollwood Healthcare - Receivership | Review receivership order and outline reporting requirements and dates. | 525.00 | 1.1 | Yes | 577.50 |
| 03/26/2021 | Knollwood Healthcare - Receivership | Call with A. Jordan to discuss cash flow projections and review available information | 525.00 | 0.8 | Yes | 420.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 1.1 | Yes | 577.50 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 0.3 | Yes | 157.50 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 3 | Yes | 1,575.00 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Call with Z. Rowe and A. Jordan re budget and cash projections | 525.00 | 0.3 | Yes | 157.50 |
| 03/29/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 1.4 | Yes | 735.00 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 0.1 | Yes | 52.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information | 525.00 | 2.1 | Yes | 1,102.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information; correspond with A. Jordan regarding status of model | 525.00 | 2.1 | Yes | 1,102.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Create cash flow model including analyzing historical bank account activity and census information; correspond with A. Jordan regarding status of model | 525.00 | 1.5 | Yes | 787.50 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Analyze historical cash receipts by payer for cash flow modeling | 525.00 | 1.3 | Yes | 682.50 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Analyze historical cash receipts by payer for cash flow modeling | 525.00 | 0.1 | Yes | 52.50 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Analyze historical cash receipts by payer for cash flow modeling | 525.00 | 0.3 | Yes | 157.50 |
| **Total for Jessica Scouten** | | | | **15.5** | | **$ 8,137.50** |

**Lauren R. Douglas**

| Date | Matter | Description | Rate | Hours | Billable | Amount |
|---|---|---|---|---|---|---|
| 03/16/2021 | Knollwood Healthcare - Receivership | Call with D. Pierce (HMP) re: Receiver Order | 475.00 | 0.2 | Yes | 95.00 |
| 03/18/2021 | Knollwood Healthcare - Receivership | Call with D. Pierce re: receiver order and fees | 475.00 | 0.2 | Yes | 95.00 |
| 03/19/2021 | Knollwood Healthcare - Receivership | Call with D. Pierce, D. Bivacca, Z. Rowe and T. Gurevich re: Kick off action items | 475.00 | 1 | Yes | 475.00 |
| 03/19/2021 | Knollwood Healthcare - Receivership | Complete new business application | 475.00 | 0.1 | Yes | 47.50 |
| 03/23/2021 | Knollwood Healthcare - Receivership | Review data request list | 475.00 | 0.1 | Yes | 47.50 |
| 03/24/2021 | Knollwood Healthcare - Receivership | Financial update call with | 475.00 | 0.9 | Yes | 427.50 |
| 03/24/2021 | Knollwood Healthcare - Receivership | Review check register preview provided by SynergyHCR | 475.00 | 0.1 | Yes | 47.50 |
| 03/30/2021 | Knollwood Healthcare - Receivership | Call with D. Pierce re: Organization structure and EINs; Call with D. Nichols re: same; coordinate with BB&T re: account set up; call with Z. Rowe re: Org. structure for accounting system | 475.00 | 0.4 | Yes | 190.00 |
| 03/31/2021 | Knollwood Healthcare - Receivership | Coordinate with D. Nichols and D. Pierce re: weekly AP run | 475.00 | 0.1 | Yes | 47.50 |
| **Total for Lauren R. Douglas** | | | | **3.1** | | **$ 1,472.50** |

**Zachary Rowe**

| Date | Matter | Description | Rate | Hours | Billable | Amount |
|---|---|---|---|---|---|---|
| 03/19/2021 | Knollwood Healthcare - Receivership | Discuss current situation & planning for transition of authority | 525.00 | 1 | Yes | 525.00 |
| 03/19/2021 | Knollwood Healthcare - Receivership | Email to Scott Hardin and DeDe Nichols on introduction and request list | 525.00 | 0.1 | Yes | 52.50 |
| 03/23/2021 | Knollwood Healthcare - Receivership | Prepare data request for DeDe Nichols (Synergy) & Conquest Health Systems | 525.00 | 1 | Yes | 525.00 |
| 03/23/2021 | Knollwood Healthcare - Receivership | Prepare email to Scott Hardin and DeDe Nichols with request list | 525.00 | 0.1 | Yes | 52.50 |
| 03/24/2021 | Knollwood Healthcare - Receivership | Call with DeDe Nichols regarding request list for Financial information | 525.00 | 0.8 | Yes | 420.00 |
| **Total for Zachary Rowe** | | | | **3** | | **$ 1,575.00** |

Monday, Apr 12, 2021 10:32:23 AM GMT-7

26762.5

**Expenses**

| Professional | Hotel | Airfare | Meals | Mileage | Other Trans | Other | 3rd Party Consulting | Total |
|---|---|---|---|---|---|---|---|---|
| Derek Pierce | $ - | $ - | $ - | $ - | $ - | $ 280 | $ - | $ 280 |
| Don Bivacca | - | - | - | - | - | - | - | - |
| Zach Rowe | - | - | - | - | - | - | - | - |
| Jessica Scouten | - | - | - | - | - | - | - | - |
| Lauren Douglas | - | - | - | - | - | - | - | - |
| Tal Gurevich | - | - | - | - | - | - | - | - |
| Claire Roebuck | - | - | - | - | - | - | - | - |
| Anthony Jordan | - | - | - | - | - | - | - | - |
| Total | $ - | $ - | $ - | $ - | $ - | $ 280 | $ - | 280 |
| | | | | | | | **Total** | $ 280 |

[1]Expenses shown here may include expenses incurred in earlier periods and not previously invoiced and expenses for the current period not invoiced here may be included in future invoices.