IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE
COMPENSATION FOR SERVICES RENDERED AND EXPENSES
INCURRED AS COUNSEL TO RECEIVER FOR THE PERIOD
FROM APRIL 1, 20201 THROUGH APRIL 30, 2021**

Waller Lansden Dortch & Davis, LLP ("*Waller*"), counsel to the court-appointed receiver (the "*Receiver*") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "*Fee Application*") for the period from April 1, 2021 through April 30, 2021 (the "*Application Period*") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

### BACKGROUND

1. On March 15, 2021 (the "*Appointment Date*"), this Court entered the *Order* (Dkt. No. 43) (the "*Receiver Order*"),[1] appointing the Receiver to administer and control the Facility.

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

4843-5533-8729.1

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds.)

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2021, for matters of this type, and for reimbursement of all reasonable costs and

expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, Waller spent **35.6** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$16,099.50** in fees and **$838.84** in expenses.

13. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
| --- | --- | --- | --- |
| Ryan K. Cochran | $550 | 5.2 | $2,860.00 |
| Brian J. Malcom | $440 | 14.1 | $6,204.00 |
| Blake D. Roth | $480 | 3.6 | $1,728.00 |

4843-5533-8729.1

| | | | |
|---|---|---|---|
| Kristen A. Larremore | $495 | 6.7 | $3,316.50 |
| Hunter Thornton | $345 | 4.3 | $1,483.50 |
| Jeanette L. Ramer | $305 | 0.6 | $183.00 |
| Chris T. Cronk | $295 | 1.1 | $324.50 |
| **TOTAL** | | **35.6** | **$16,099.50** |

      14.     In addition, during the Application Period, Waller incurred actual, necessary expenses in the amount of **$838.84** as follows:

| **Expense** | **Amount** |
|---|---|
| Recording Fee | $88.00 |
| Certified Copy of Receivership order | $14.48 |
| Certificate of Existence | $55.00 |
| CHOW License Application | $606.00 |
| Air Courier Service | $21.67 |
| UPS Shipping | $34.32 |
| Air Courier Service | $16.82 |
| Postage | $2.55 |

**TERMS AND CONDITIONS OF COMPENSATION**

      15.     Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

      16.     The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

      17.     By this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines

in his absolute discretion that the funds are available, of (a) compensation in the amount of **$16,099.50** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$838.84** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

18. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be received for services rendered as counsel to the Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

21. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: May 20, 2021

Respectfully submitted,

/s/ Brian J. Malcom
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel: (615) 850-8778
Fax: (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 20th day of May, 2021.

    */s/ Ryan K. Cochran*
    OF COUNSEL

## Exhibit A

## Waller Invoices

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

Healthcare Management Partners
Derek Pierce
Via Email:
dpierce@HCMPLLC.com

May 12, 2021
Invoice 10807907
Page 1
Bill Through 04/30/21
Billing Atty: R. Cochran

Our Matter #   021401.12793

Knollwood Receivership

| Date | Description | Code | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/21 | Email correspondence with R. Cochran re: [redacted] | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 04/12/21 | Confer and email correspondence with R. Cochran re: [redacted] | B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 04/12/21 | Draft and revise notice in accordance with receiver order | B110 | Thornton, Hunter | 0.80 hrs. | $ 276.00 |
| 04/13/21 | Review and revise letter to taxing authorities | B110 | Thornton, Hunter | 0.70 hrs. | $ 241.50 |
| 04/13/21 | Email correspondence with R. Cochran and T. Boone re [redacted] | B110 | Thornton, Hunter | 0.40 hrs. | $ 138.00 |
| 04/14/21 | Email and phone correspondence with R. Cochran re: [redacted] | B110 | Thornton, Hunter | 0.20 hrs. | $ 69.00 |
| 04/14/21 | Coordinate with T. Boone re: sending of letter | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| 04/15/21 | Letter to new contact at Alabama Department Revenue re: receivership | B110 | Thornton, Hunter | 0.10 hrs. | $ 34.50 |
| | Code Total: | | | 2.60 hrs. | $897.00 |

| Date | Description | | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/21 | Work on CHOW re: SHPDA and ADPH license agreement | | | | |
| | B210 | | Cochran, Ryan K | 0.30 hrs. | $ 165.00 |
| 04/08/21 | Discussion with C. Roebuck re: ▉▉▉▉▉▉▉▉▉ | | | | |
| | B210 | | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| 04/26/21 | Discuss placement of insurance issues with D. Pierce, counsel for trustee, and counsel for defendants | | | | |
| | B210 | | Cochran, Ryan K | 0.60 hrs. | $ 330.00 |
| 04/26/21 | Work on management agreement for facility upon replacement of old manager | | | | |
| | B210 | | Cochran, Ryan K | 0.60 hrs. | $ 330.00 |
| 04/27/21 | Discuss ▉▉▉▉▉ with J. Scouten and D. Pierce | | | | |
| | B210 | | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| 04/27/21 | Discuss ▉▉▉▉▉▉▉▉▉▉ with D. Pierce | | | | |
| | B210 | | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| | | Code Total: | | 1.80 hrs. | $990.00 |
| 04/16/21 | Prepare for and attend status conference | | | | |
| | B250 | | Cochran, Ryan K | 0.60 hrs. | $ 330.00 |
| | | Code Total: | | 0.60 hrs. | $330.00 |
| 04/04/21 | Review and revise claims procedures motion and research re: same | | | | |
| | C200 | | Thornton, Hunter | 1.70 hrs. | $ 586.50 |
| 04/09/21 | Review ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ from D. Pierce | | | | |
| | C200 | | Larremore, Kristen A. | 0.30 hrs. | $ 148.50 |
| | | Code Total: | | 2.00 hrs. | $735.00 |
| 04/05/21 | Update draft ADPH and SHPDA applications and coordinate with C. Roebuck to finalize applications and attachments for filing | | | | |
| | C300 | | Larremore, Kristen A. | 1.70 hrs. | $ 841.50 |
| 04/09/21 | Finalize compile and file the SHPDA CHOW application and the ADPH CHOW application with regard to the appointment of the receiver | | | | |
| | C300 | | Larremore, Kristen A. | 2.70 hrs. | $ 1,336.50 |
| 04/12/21 | Confirm receipt of filings by ADPH and SHPDA and provide an update regarding filings with ADPH and SHPDA in order to report to the receivership court regarding submission | | | | |
| | C300 | | Larremore, Kristen A. | 0.70 hrs. | $ 346.50 |
| 04/20/21 | Gather information and correspondence with SHPDA regarding questions related to the receivership CHOW application | | | | |
| | C300 | | Larremore, Kristen A. | 0.50 hrs. | $ 247.50 |
| 04/20/21 | Review and analyze status of wrongful death proceeding against facility | | | | |
| | C300 | | Malcom, Brian J. | 2.50 hrs. | $ 1,100.00 |
| 04/21/21 | Review the SHPDA approval of the CHOW with regard to the receivership | | | | |

| Date | Description | Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| | and provide to ADPH to supplement the pending CHOW application | C300 | Larremore, Kristen A. | 0.40 hrs. | $ 198.00 |
| 04/26/21 | Review and analyze wrongful death proceeding and develop strategy for staying the same | C300 | Malcom, Brian J. | 0.60 hrs. | $ 264.00 |
| 04/27/21 | Review and analyze wrongful death proceeding | C300 | Malcom, Brian J. | 0.40 hrs. | $ 176.00 |
| 04/27/21 | Develop strategy for staying the same | C300 | Malcom, Brian J. | 0.20 hrs. | $ 88.00 |
| 04/28/21 | Call with insurance broker, J. Higgins (BOKF counsel), W. Jones (BOKF counsel), P. Silloway (BOKF counsel), D. Pierce and C. Roebuck re: wrongful termination of insurance coverage. status of effort to obtain coverage, and available remedies | C300 | Cochran, Ryan K | 0.60 hrs. | $ 330.00 |
| 04/28/21 | Draft and revise stipulation and agreed order to stay the proceeding (1.2) | C300 | Malcom, Brian J. | 1.20 hrs. | $ 528.00 |
| 04/30/21 | Discuss pending wrongful death claim with B. Malcom | C300 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| | Code Total: | | | 11.60 hrs. | $5,511.00 |
| 04/12/21 | Multiple calls with the Alabama Department of Public Health regarding co-administrator for a skilled nursing facility and assisted living / specialty care assisted living facility and provide response to D. Pierce | C400 | Larremore, Kristen A. | 0.40 hrs. | $ 198.00 |
| 04/13/21 | Communication with Alabama Department of Revenue | C400 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| | Code Total: | | | 0.50 hrs. | $253.00 |
| 04/06/21 | Review and analyze orders of court and schedule for proceeding | L190 | Malcom, Brian J. | 0.60 hrs. | $ 264.00 |
| 04/13/21 | Draft and revise monthly operating report | L190 | Malcom, Brian J. | 0.40 hrs. | $ 176.00 |
| 04/13/21 | Draft and revise fee applications | L190 | Malcom, Brian J. | 0.10 hrs. | $ 44.00 |
| 04/14/21 | Draft and revise fee applications | L190 | Malcom, Brian J. | 0.30 hrs. | $ 132.00 |
| 04/20/21 | Draft and revise receiver fee application re: any privilege issues | L190 | Malcom, Brian J. | 0.60 hrs. | $ 264.00 |
| 04/20/21 | Draft and revise Waller fee application re: any privilege issues | L190 | Malcom, Brian J. | 0.60 hrs. | $ 264.00 |
| 04/21/21 | Attention to wrongful death lawsuit against facility and insurance defense of same | L190 | Malcom, Brian J. | 1.60 hrs. | $ 704.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 04/22/21 | Background research on wrongful death suit and status of proceeding<br>L190 | Malcom, Brian J. | 0.90 hrs. | $ 396.00 |
| 04/23/21 | Background research re: wrongful death suit<br>L190 | Malcom, Brian J. | 0.60 hrs. | $ 264.00 |
| 04/29/21 | Draft and revise stipulation or agreed order re: stay of wrongful death proceeding<br>L190 | Malcom, Brian J. | 1.30 hrs. | $ 572.00 |
| 04/30/21 | Telephone conference with R. Owens re: wrongful death action, stay of same, receivership order<br>L190 | Malcom, Brian J. | 0.70 hrs. | $ 308.00 |
| | Code Total: | | 7.70 hrs. | $3,388.00 |
| 04/01/21 | Work on claims motion<br>L250 | Cochran, Ryan K | 0.40 hrs. | $ 220.00 |
| 04/07/21 | Draft first monthly operating report<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 04/08/21 | Draft initial operating report<br>L250 | Roth, Blake D | 0.50 hrs. | $ 240.00 |
| 04/08/21 | Call with R. Cochran re: ▓▓▓▓<br>L250 | Roth, Blake D | 0.10 hrs. | $ 48.00 |
| 04/08/21 | Communicate with L. Douglas, J. Scouten and Z. Rowe re: ▓▓▓▓<br>L250 | Roth, Blake D | 0.10 hrs. | $ 48.00 |
| 04/12/21 | Work on notice re: paragraph 24 of receivership order<br>L250 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| 04/12/21 | Work on operating report and fee application<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 275.00 |
| 04/12/21 | Call with L. Douglas re: ▓▓▓▓<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 04/12/21 | Attention to monthly operating report<br>L250 | Roth, Blake D | 0.10 hrs. | $ 48.00 |
| 04/13/21 | Work on operating report<br>L250 | Cochran, Ryan K | 0.20 hrs. | $ 110.00 |
| 04/13/21 | Call with R. Cochran re: ▓▓▓▓<br>L250 | Roth, Blake D | 0.10 hrs. | $ 48.00 |
| 04/13/21 | Review and revise monthly operating report<br>L250 | Roth, Blake D | 0.60 hrs. | $ 288.00 |
| 04/13/21 | Communicate with L. Douglas, J. Scouten and Z. Rowe re: ▓▓▓▓<br>L250 | Roth, Blake D | 0.30 hrs. | $ 144.00 |
| 04/14/21 | Attention to claims procedures motion | | | |

| Date | Description / Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 04/14/21 | Review and revise claims procedures motion and ancillary documents<br>L250 | Roth, Blake D | 0.20 hrs. | $ 96.00 |
| 04/15/21 | Prepare for Rule 16(b) hearing<br>L250 | Malcom, Brian J. | 0.80 hrs. | $ 352.00 |
| 04/16/21 | Prepare for and attend Rule 16(b) hearing<br>L250 | Malcom, Brian J. | 0.70 hrs. | $ 308.00 |
| 04/16/21 | Attention to monthly operating report and fee applications<br>L250 | Roth, Blake D | 0.30 hrs. | $ 144.00 |
| 04/19/21 | Work on fee application<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| 04/19/21 | Attention to claims procedures motion<br>L250 | Roth, Blake D | 0.10 hrs. | $ 48.00 |
| 04/19/21 | Draft Waller's fee application<br>L250 | Roth, Blake D | 0.30 hrs. | $ 144.00 |
| 04/19/21 | Draft receiver's fee application<br>L250 | Roth, Blake D | 0.30 hrs. | $ 144.00 |
| 04/22/21 | Discussion with T. Boller re: extension of sworn statement requirements<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 55.00 |
| 04/27/21 | Work on claims motion and identification of known creditors<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 275.00 |
| | Code Total: | | 7.10 hrs. | $3,488.00 |
| 04/01/21 | Work on recording of receivership order in real property records<br>P400 | Ramer, Jeanette L. | 0.30 hrs. | $ 91.50 |
| 04/02/21 | Obtain certified copy of receivership order and have recorded in real property records<br>P400 | Ramer, Jeanette L. | 0.30 hrs. | $ 91.50 |
| 04/13/21 | File Notice re: Paragraph 24 of Receivership's Order with Court (.2)<br>P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |
| 04/13/21 | Discuss Certificate of Service and coordinate service of same<br>P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |
| 04/13/21 | Revise Certificate of Service language to reference service via ECF<br>P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |
| 04/13/21 | Discuss ████████████████████████ with B. Roth and revise report to add certificate of service<br>P400 | Cronk, Chris T. | 0.30 hrs. | $ 88.50 |
| 04/13/21 | File First Monthly Operating Report with the Court and forward filed copy to attorney team<br>P400 | Cronk, Chris T. | 0.20 hrs. | $ 59.00 |

|  |  |  |
|---|---:|---:|
| Code Total: | 1.70 hrs. | $507.50 |
| Total Fees for Professional Services .............................................................. |  | $ 16,099.50 |

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---:|---:|---:|
| Cochran, Ryan K | 550.00 | 5.20 | $ 2,860.00 |
| Malcom, Brian J. | 440.00 | 14.10 | $ 6,204.00 |
| Roth, Blake D | 480.00 | 3.60 | $ 1,728.00 |
| Larremore, Kristen A. | 495.00 | 6.70 | $ 3,316.50 |
| Thornton, Hunter | 345.00 | 4.30 | $ 1,483.50 |
| Ramer, Jeanette L. | 305.00 | 0.60 | $ 183.00 |
| Cronk, Chris T. | 295.00 | 1.10 | $ 324.50 |
| TOTAL |  | 35.60 | $ 16,099.50 |

### Disbursements

| Date | Description | Amount |
|---|---|---:|
| 04/01/21 | VENDOR: Mobile County (AL)Judge of Probate INVOICE#: 040121 DATE: 4/1/2021  recording fee | $ 88.00 |
| 04/01/21 | VENDOR: Ryan Cochran INVOICE#: 010045107986 DATE: 4/6/2021  Certified copy of Order Appointing Receiver | $ 14.48 |
| 04/09/21 | VENDOR: Kristen Larremore INVOICE#: 010045206739 DATE: 4/13/2021  Fees for Certificate of Existence and SOS Business Entity Record Copies | $ 55.00 |
| 04/09/21 | VENDOR: Alabama Department of Health INVOICE#: 021401 DATE: 4/9/2021  FEE FOR CHOW LICENSE APPLICATION  FOR BHAM OFFICE ATTORNEY KRISTEN LARREMORE | $ 606.00 |
| 04/12/21 | Air Courier Service - (std rate) - Mobile, AL, Mobile County Probate Judge, April 2, 2021, (Jeanette Ramer) | $ 21.67 |
| 04/14/21 | UPS Shipping: Next Day Air Commercial, 4/14/2021, From Ryan Cochran To Attn: Craig Banks, E Alabama Department Of Revenue, Montgomery, AL, | $ 34.32 |
| 04/19/21 | Air Courier Service - (std rate) - Montgomery, AL, Alabama Department of Public Health, April 9, 2021, (Robin Lowman) | $ 16.82 |
|  | Postage - 5 @ 0.51 | $ 2.55 |
|  | Total Disbursements............................................................................. | $ 838.84 |
|  | Total Fees and Disbursements on This Invoice | $ 16,938.34 |
|  | PLEASE REMIT TOTAL AMOUNT DUE | $ 16,938.34 |