# NOTICE TO FILE CLAIMS

Derek Pierce, Managing Partner of Healthcare Management Partners, LLC (the "***Receiver***"), acting solely in his capacity as the court-appointed receiver over all assets owned by or in the possession or control of Gordon Jensen Health Care Association, Inc., Knollwood NH, LLC, or Conquest Health Systems, LLC (each a "***Receivership Entity***"), with respect to the skilled nursing and specialty care facility commonly known as Knollwood Healthcare and located at 3151-A Knollwood Drive, Mobile, Alabama 36693 (collectively, the "***Receivership Estate***"), hereby provides notice to any person having a claim against the Receivership Estate based on claims against a Receivership Entity or the Receiver, to present such claim in accordance with the procedures established by the United States District Court for the Southern District of Alabama (the "***Court***") in the case styled *BOKF, N.A., as indenture trustee, v. Gordon Jensen Health Care Association, Inc., et al.*, Case No. 21-00031-KD-B. Pursuant to the Court's order dated [_____] [___], 2021 (the "***Claims Order***"), any claimant with an actual, potential, or contingent claim arising on or before March 15, 2021 must file a proof of claim on or before [_____] [___], 2021 at 5:00 p.m. CST (the "***General Claims Bar Date***"). The Court has established a procedure for the allowance of claims against the Receivership Estate (the "***Claims Process***"), including without limitation, the submission of proofs of claim using a court-approved "Claim Form." Any claim that is not timely submitted in the form and manner set forth by the Claims Order will forever be barred as provided in the Claims Order. For a copy of the Claims Order and Claims Form, or for other additional information regarding the Claims Process, please submit a written request to Chris Cronk, at 511 Union Street, Suite 2700, Nashville, Tennessee 37219 or via e-mail at chris.cronk@wallerlaw.com.

Dated: _____, 2021

Derek Pierce, as Receiver


**Waller Lansden Dortch & Davis, LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
(615) 244-6380

Publish in the *Press Register*