# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

### RECEIVER'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022

Derek Pierce, managing partner of Healthcare Management Partners, LLC ("***HMP***"), as the court-appointed receiver (the "***Receiver***") in the above-captioned action, submits this motion (the "***Fee Application***") for compensation for services rendered and reimbursement of costs and expenses incurred for the period from May 1, 2022 through May 31, 2022 (the "***Application Period***") by HMP, HMP Senior Solutions, LLC ("***Senior Solutions***"),[1] and HMP Metrics, LLC ("***Metrics***")[2] and, in support of this application, respectfully states as follows:

### BACKGROUND

1. On March 15, 2021 (the "***Appointment Date***"), this Court entered the *Order* (Dkt. No. 43) (the "***Receiver Order***"),[3] appointing the Receiver to administer and control the Facility.

---
[1] Senior Solutions is a wholly-owned subsidiary of HMP.
[2] Metrics is a wholly-owned subsidiary of HMP.
[3] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Senior Solutions, at the direction and under the supervision of the Receiver, has provided management services for the Facility in exchange for an agreed management fee equal to 5% of net revenues (the "***Senior Solutions Management Fee***").

4. Additionally, Metrics, at the direction and under the supervision of the Receiver, has provided information technology, telecom, and network support services for the Facility.

5. Paragraph (8), subsection (xxx) of the Receiver Order allows the Receiver to pay itself such fees (and reimburse such expenses) as are payable in accordance with the terms of the Receiver Order, absent any contrary order of this Court.

6. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

7. Paragraph (37) of the Receiver Order lists the fees to be paid the Receiver for compensation for its services under the Receiver Order, plus reimbursement for the Receiver's reasonable and necessary out-of-pocket expenses directly related to the performance of the Receiver's duties under the Receiver Order.

8. Paragraph (37) of the Receiver Order further permits the Receiver to utilize members of HMP when necessary, appropriate and reasonable in the interests of economy.

9. Fees and expenses payable to the Receiver shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

10. Notwithstanding the foregoing, in accordance with Paragraph (37) of the Receiver Order, the Receiver's aggregate compensation (and any outsourced financial work) shall not exceed five percent (5%) of the Facility's gross revenue during the term of this receivership proceeding.

11. This Court's *Order* (Dkt. No. 92) clarifies that Paragraph (37) of the Receiver Order was intended to capture and include the Receiver's fees as part of the management fees. (Dkt. No. 92, at 2.)

12. Accordingly, to the extent the Receiver's, Senior Solutions', and Metrics' monthly fees exceed five percent (5%) of the Facility's gross revenue during any month, the Receiver, Senior Solutions, and Metrics will accrue the fees in excess of the five percent (5%) limit imposed by Paragraph (37) of the Receiver Order. Any accrued fees will only be paid at such time as the Receiver's, Senior Solutions', and Metrics' total fees no longer exceed five percent (5%) of the Facility's gross revenue.

13. As set forth in greater detail below, the Receiver's activities during the Application Period were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

**DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD**

14.     During the Application Period, the Receiver and HMP spent **30.1** hours fulfilling his duties and obligations under the Receiver Order, resulting in **$15,200.00** in fees and **$0.00** in expenses.

15.     The Receiver utilized the following members of HMP when necessary, appropriate and reasonable in the interest of economy, as provided for in Paragraph (EE) of the Receiver Order:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Derek Pierce, Managing Director | $575 | 11.9 | $6,842.50 |
| Jessica Scouten, Managing Director | $525 | 9.2 | $4,830.00 |
| Lauren Douglas, Senior Director | $475 | 1.9 | $902.50 |
| Austin Poff, Associate | $250 | 7.1 | $2,485.00 |
| Callum Hay, Associate | $175 | 0.8 | $140.00 |
| **Total** | | **30.1** | **$15,200.00** |

16.     In addition, during the Application Period, neither the Receiver nor HMP incurred any expenses.

17.     Attached as **Exhibit A** to this application is a detailed accounting of the services provided by the Receiver during the Application Period.

18.     The Senior Solutions Management Fee for the Application Period was **$21,431.96** and Senior Solutions incurred actual, necessary expenses in the amount of **$0**.

19.     Attached as **Exhibit B** to this application is a detailed accounting providing the Facility's revenue for the Application Period and the calculation of the Senior Solutions Management Fee.

20. Further, during the Application Period, Metrics provided IT support and web hosting services for the Facility, resulting in an invoiced amount of **$2,195.04**.

21. Attached as **Exhibit C** to this application is a detailed invoice relating to the services provided by Metrics during the Application Period.

### TERMS AND CONDITIONS OF COMPENSATION

22. Subject to this Court's approval, the Receiver seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the Receiver during the Application Period.

23. The rates charged by the Receiver in this case are the same rates charged by the Receiver with regard to other matters of this type and are specifically authorized by the Receiver Order.

24. By this Fee Application, the Receiver seeks entry of an order granting approval of (a) compensation in the amount of **$15,200.00** for professional services rendered in performing its duties and obligations under the Receiver Order during the Application Period, (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$0.00** incurred in performing his duties and obligations under the Receiver Order during the Application Period, (c) **$21,431.96** for the Senior Solutions Management Fee, (d) **$0.00** for the actual and necessary expenses incurred by Senior Solutions, and (e) **$2,195.04** for the services provided by Metrics.

25. Further by this Fee Application, the Receiver seeks authority to: (a) pay **$21,431.96**, based upon revenue during the Application Period in the amount of $428,639.26; (b) reimburse and pay **$0.00** for actual and necessary out of pocket expenses; and (c) accrue

**$17,395.04** as unpaid fees only to be paid at such time as total fees of the Receiver, Senior Solutions, and Metrics no longer exceed five percent (5%) of the Facility's gross revenue.

26. Other than HMP's operating agreement, there are no agreements or understandings between the Receiver and any other person for the sharing of compensation to be received for services rendered as Receiver during the above-captioned proceedings.

27. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver Estate during the Application Period.

28. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

WHEREFORE, the Receiver respectfully requests that this Court enter an order:

a) approving this Fee Application,

b) authorizing the Receiver to pay fees to the Receiver and Senior Solutions in the amount **$21,431.96**, based upon revenue during the Application Period in the amount of $428,639.26;

c) authorizing the Receiver to reimburse and pay the Receiver, Senior Solutions, and Metrics the amount of **$0.00** for actual and necessary out of pocket expenses;

d) authorizing the Receiver to accrue **$17,395.04** as unpaid fees to be paid at such time as total fees of the Receiver, Senior Solutions, and Metrics no longer exceed five percent (5%) of the Facility's gross revenue; and

e) granting such other and further relief as this Court deems just and proper.

Dated: June 21, 2022 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Brian J. Malcom*
　　　　　　　　　　　　　　　　　　　　　　Brian J. Malcom
　　　　　　　　　　　　　　　　　　　　　　WALLER LANSDEN
　　　　　　　　　　　　　　　　　　　　　　DORTCH & DAVIS, LLP
　　　　　　　　　　　　　　　　　　　　　　1901 Sixth Ave. North, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　　　　　Tel: (205) 226-5706
　　　　　　　　　　　　　　　　　　　　　　Fax: (205) 214-7342
　　　　　　　　　　　　　　　　　　　　　　Brian.Malcom@wallerlaw.com

　　　　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　　　Ryan K. Cochran
　　　　　　　　　　　　　　　　　　　　　　Alabama Bar No. 1748N70C
　　　　　　　　　　　　　　　　　　　　　　WALLER LANSDEN
　　　　　　　　　　　　　　　　　　　　　　DORTCH & DAVIS, LLP
　　　　　　　　　　　　　　　　　　　　　　511 Union Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　　　Nashville, Tennessee 37219
　　　　　　　　　　　　　　　　　　　　　　Tel:  (615) 850-8778
　　　　　　　　　　　　　　　　　　　　　　Fax:  (615) 244-6304
　　　　　　　　　　　　　　　　　　　　　　ryan.cochran@wallerlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

      I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 21st day of June, 2022.

      */s/ Brian J. Malcom*
      OF COUNSEL

## **Exhibit A**

**HMP Invoice**

**Healthcare Management Partners**
*Listen • Evaluate • Implement*

June 12, 2022
Invoice #3583
Bill Through 5/31/2022

**RE: Knollwood NH, LLC**

| Professional | Title | Hourly Rate[1] | Service Hours | Service Total | Expenses | Grand Total Fees |
|---|---|---|---|---|---|---|
| Derek Pierce | Managing Director | 575 | 11.90 | $ 6,842.50 | $ - | $ 6,842.50 |
| Jessica Scouten | Managing Director | 525 | 9.20 | 4,830.00 | - | 4,830.00 |
| Lauren Douglas | Senior Director | 475 | 1.90 | 902.50 | - | 902.50 |
| Austin Poff | Senior Associate | 350 | 7.10 | 2,485.00 | - | 2,485.00 |
| Callum Hay | Associate | 175 | 0.80 | 140.00 | - | 140.00 |
| Total | | | 30.10 | 15,200.00 | 0.00 | 15,200.00 |

**Amount Due** $ 15,200.00

*Note 1: Travel time is billed at Half rate*

**Please remit payment to the following address:**
Healthcare Management Partners, LLC
ATTN:  Lauren Douglas
1033 Demonbreun, Suite 300
Nashville, TN  37203

**Wiring Instructions:**
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: #                    7394

## Healthcare Management Partners, LLC
## Time Activities by Employee Detail
### Activity: May 2022

| | Activity Date | Client | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|---|
| **Austin Poff** | | | | | | |
| | 05/04/2022 | Knollwood Healthcare - Receivership | Update actual cash flows through April | 350.00 | 0.9 | 315.00 |
| | 05/05/2022 | Knollwood Healthcare - Receivership | Revise cash flow projections | 350.00 | 0.2 | 70.00 |
| | 05/05/2022 | Knollwood Healthcare - Receivership | Develop cash flow projections | 350.00 | 0.5 | 175.00 |
| | 05/05/2022 | Knollwood Healthcare - Receivership | Develop cash flow projections | 350.00 | 0.6 | 210.00 |
| | 05/05/2022 | Knollwood Healthcare - Receivership | Develop cash flow projections | 350.00 | 0.6 | 210.00 |
| | 05/06/2022 | Knollwood Healthcare - Receivership | Confer with J. Scouten (HMP) regarding cash flow projections, funding needs | 350.00 | 0.4 | 140.00 |
| | 05/09/2022 | Knollwood Healthcare - Receivership | Revise cash flow projections | 350.00 | 0.5 | 175.00 |
| | 05/09/2022 | Knollwood Healthcare - Receivership | Update actual cash flows through May 7 | 350.00 | 0.5 | 175.00 |
| | 05/12/2022 | Knollwood Healthcare - Receivership | Review current week cash flows to projected cash flows | 350.00 | 0.3 | 105.00 |
| | 05/16/2022 | Knollwood Healthcare - Receivership | Update cash flows for monthly operating report | 350.00 | 1.6 | 560.00 |
| | 05/16/2022 | Knollwood Healthcare - Receivership | Confer with J. Scouten (HMP) regarding monthly operating report | 350.00 | 0.1 | 35.00 |
| | 05/23/2022 | Knollwood Healthcare - Receivership | Update actual cash flows through May 21 | 350.00 | 0.3 | 105.00 |
| | 05/23/2022 | Knollwood Healthcare - Receivership | Revise cash flow projections | 350.00 | 0.6 | 210.00 |
| **Total for Austin Poff** | | | | | **7.1** | **$ 2,485.00** |
| **Callum Hay** | | | | | | |
| | 05/11/2022 | Knollwood Healthcare - Receivership | Work on support for monthly operating report | 175.00 | 0.3 | 52.50 |
| | 05/16/2022 | Knollwood Healthcare - Receivership | Work on support for monthly operating report | 175.00 | 0.3 | 52.50 |
| | 05/23/2022 | Knollwood Healthcare - Receivership | work on support for monthly operating report | 175.00 | 0.2 | 35.00 |
| **Total for Callum Hay** | | | | | **0.8** | **$ 140.00** |
| **Derek Pierce** | | | | | | |
| | 05/03/2022 | Knollwood Healthcare - Receivership | HMP team call with counsel re outstanding items, and funding need | 575.00 | 0.3 | 172.50 |
| | 05/04/2022 | Knollwood Healthcare - Receivership | Call with S. O'Conner (HMP), R. Cochran (Waller), J. Scouten (HMP) re ; follow up call with L. Douglas(HMP) and J. Scouten (HMP) re cash flow funding | 575.00 | 0.7 | 402.50 |
| | 05/06/2022 | Knollwood Healthcare - Receivership | discuss Knollwood funding need with J. Scouten | 575.00 | 0.4 | 230.00 |
| | 05/09/2022 | Knollwood Healthcare - Receivership | review cash flows and work on funding request to trustee | 575.00 | 2 | 1,150.00 |
| | 05/11/2022 | Knollwood Healthcare - Receivership | visit ED; tour the buildings; notarize and scan CHOW documents | 575.00 | 1.5 | 862.50 |
| | 05/11/2022 | Knollwood Healthcare - Receivership | travel to Mobile (half time) | 575.00 | 1.5 | 862.50 |
| | 05/12/2022 | Knollwood Healthcare - Receivership | participate in auction of Knollwood+Gordon Oaks | 575.00 | 1 | 575.00 |
| | 05/12/2022 | Knollwood Healthcare - Receivership | fee discussion with L Douglas | 575.00 | 0.2 | 115.00 |
| | 05/13/2022 | Knollwood Healthcare - Receivership | send seller's FA (Brandie) signed contracts etc. | 575.00 | 0.5 | 287.50 |
| | 05/13/2022 | Knollwood Healthcare - Receivership | travel from Mobile (half time) | 575.00 | 1.5 | 862.50 |
| | 05/13/2022 | Knollwood Healthcare - Receivership | participate in hearing re sale of Knollwood+Gordon Oaks | 575.00 | 2 | 1,150.00 |
| | 05/25/2022 | Knollwood Healthcare - Receivership | review cash flow need with L Douglas & J Scouten | 575.00 | 0.3 | 172.50 |
| **Total for Derek Pierce** | | | | | **11.9** | **$ 6,842.50** |
| **Jessica Scouten** | | | | | | |
| | 05/01/2022 | Knollwood Healthcare - Receivership | Compute allocation of insurance premium based on allocated beds | 525.00 | 0.1 | 52.50 |
| | 05/02/2022 | Knollwood Healthcare - Receivership | Compute allocation of insurance premium based on allocated beds | 525.00 | 0.3 | 157.50 |
| | 05/02/2022 | Knollwood Healthcare - Receivership | Analyze insurance allocation | 525.00 | 0.6 | 315.00 |
| | 05/03/2022 | Knollwood Healthcare - Receivership | Call with Y. Zigdon (Jerome) re allocation of purchase price proceeds | 525.00 | 0.5 | 262.50 |
| | 05/03/2022 | Knollwood Healthcare - Receivership | Call with R. Cochran (Waller) re and follow up with Y. Zigdon (Jerome) | 525.00 | 0.9 | 472.50 |
| | 05/04/2022 | Knollwood Healthcare - Receivership | Call with S. O'Conner (HMP), R. Cochran (Waller), D. Pierce (HMP) re follow up call with L. Douglas(HMP) and D. Pierce (HMP) re cash flow funding | 525.00 | 0.5 | 262.50 |
| | 05/06/2022 | Knollwood Healthcare - Receivership | Review cash flow and forecasting | 525.00 | 2 | 1,050.00 |
| | 05/06/2022 | Knollwood Healthcare - Receivership | Discuss funding needs with D. Pierce (HMP) | 525.00 | 0.5 | 262.50 |
| | 05/06/2022 | Knollwood Healthcare - Receivership | Review cash flow and forecasting; follow up call with D. Pierce (HMP) re funding request | 525.00 | 1.1 | 577.50 |
| | 05/09/2022 | Knollwood Healthcare - Receivership | Review cash flow and forecasting | 525.00 | 0.3 | 157.50 |
| | 05/16/2022 | Knollwood Healthcare - Receivership | Review cash flow for inclusion with the monthly operating report | 525.00 | 0.4 | 210.00 |
| | 05/18/2022 | Knollwood Healthcare - Receivership | Call with M. DiPietro (HMP), D. Pierce (HMP) and J. Freeman (Knollwood) re staffing and contract labor usage | 525.00 | 0.6 | 315.00 |
| | 05/24/2022 | Knollwood Healthcare - Receivership | Review cash flow and projections | 525.00 | 1 | 525.00 |
| | 05/25/2022 | Knollwood Healthcare - Receivership | Call with D. Pierce (HMP) and L .Douglas (HMP) re funding needs | 525.00 | 0.4 | 210.00 |
| **Total for Jessica Scouten** | | | | | **9.2** | **$ 4,830.00** |
| **Lauren R. Douglas** | | | | | | |
| | 05/11/2022 | Knollwood Healthcare - Receivership | Review per R. Cochran (Waller) request prior to hearing | 475.00 | 0.4 | 190.00 |
| | 05/12/2022 | Knollwood Healthcare - Receivership | Call with R. Cochran (Waller) re | 475.00 | 0.5 | 237.50 |
| | 05/15/2022 | Knollwood Healthcare - Receivership | Work on support for monthly operating report | 475.00 | 0.7 | 332.50 |
| | 05/16/2022 | Knollwood Healthcare - Receivership | Work on support for monthly operating report | 475.00 | 0.3 | 142.50 |
| **Total for Lauren R. Douglas** | | | | | **1.9** | **$ 902.50** |

## **Exhibit B**

**Senior Solutions Management Fee Invoice**



5/15/2022
Invoice #3590

Bill To:    Knollwood Healthcare
            3151A Knollwood Dr.
            Mobile, AL 36693

| Description | | Amount |
|---|---|---|
| Management Fees for[1]: | May 2022 | $ 21,431.96 |
| Out of Pocket Expenses | May 2022 | - |
| **Total:** | | **$ 21,431.96** |

**Please remit payment to the following address:**
Healthcare Management Partners, LLC
Attn: Lauren Douglas
1033 Demonbreun St. Suite 300
Nashville, TN 37203

**Wiring Instructions:**
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: #          7394

[1] Base Management fee will be the greater of $10,000 per month or 5% of Net Revenue plus out of-pocket expenses

[2] Manager shall submit a reconciliation of the Actual Management Fee earned compared to the Management Fee Billed

Monthly/YTD Management Fee Reconciliation:

| | | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | 494 799.40 | 547 014.08 | 534 413.16 | 499 066.60 | 486 987.84 | 427 547.36 | 424 682.93 | 394 237.86 | 409 428.11 | 403 971.22 | 368 645.40 | 428 766.88 | 373 915.74 | 428 639.26 |
| Adjustments: | | | | | | | | | | | | | | | |
| | Additions | | | | | | | 9 180.00 | - | 155.00 | | 158 519.30 | - | | |
| | Subtractions: | | | | | | | | | | 1 300.00 | | 130 941.11 | | |
| Total | | 494 799.40 | 547 014.08 | 534 413.16 | 499 066.60 | 486 987.84 | 427 547.36 | 433 862.93 | 394 237.86 | 409 583.11 | 402 671.22 | 527 164.70 | 297 825.77 | 373 915.74 | 428 639.26 |
| Mgt Fee % | 5% $ | 24 739.97 $ | 27 350.70 $ | 26 720.66 $ | 24 953.33 $ | 24 349.39 $ | 21 377.37 $ | 21 693.15 $ | 19 711.89 $ | 20 479.16 $ | 20 133.56 $ | 26 358.24 $ | 14 891.29 $ | 18 695.79 $ | 21 431.96 |
| Base Mgt Fee | | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 | 10 000.00 |
| **Total Mgt Fee Due:** | $ | **24,739.97** $ | **27,350.70** $ | **26,720.66** $ | **24,953.33** $ | **24,349.39** $ | **21,377.37** $ | **21,693.15** $ | **19,711.89** $ | **20,479.16** $ | **20,133.56** $ | **26,358.24** $ | **14,891.29** $ | **18,695.79** $ | **21,431.96** |

## Exhibit C

**Metrics Invoices**



**HMP Metrics, LLC.**
HMPMetrics.com
Info@HMPMetrics.com
727 222-1245

1033 Demonbreun Street
Suite 300
Nashville, TN

**Invoice Issued To**
Knollwood Healthcare
0016
3151A Knollwood Dr
Mobile, AL 36693

| | |
|---|---|
| Invoice Number | RHMP0326 |
| Invoice Date | 05/01/2022 |
| Due Date | 05/31/2022 |
| Balance Due | $1,350.00 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Help Desk | Pass-Through Cost of Pax8 Help Desk. | $15.00 | 25 | $375.00 |
| Microsoft 365 Licenses | Pass-Through Charges for Microsoft 365 License Cost. | $11.00 | 25 | $275.00 |
| HMP Facility IT Services | HMP Facility Level 2 Support | $20.00 | 25 | $500.00 |
| HMP Web Services | HMP Metrics Website Hosting, Website Management, and Web Marketing. | $200.00 | 1 | $200.00 |

**Payment Options**
Please remit payment to the following address:
Healthcare Management Partners, LLC
c/o Lauren Douglas
1033 Demonbreun Street, Suite 300
Nashville, TN 37203

Wiring Instructions:
Bank Name: Wells Fargo
ABA Number: # 121000248
Account Name: Healthcare Management Partners, LLC
Account Number: # ▮▮▮▮▮▮▮▮7394

| | | |
|---|---|---|
| | Subtotal | $1,350.00 |
| | **Balance Due** | **$1,350.00** |



HMP Metrics, LLC.  
HMPMetrics.com  
Info@HMPMetrics.com  
727 222-1245

1033 Demonbreun Street  
Suite 300  
Nashville, TN

**Invoice Issued To**  
Knollwood Healthcare  
0016  
3151A Knollwood Dr  
Mobile, AL 36693

| | |
|---|---|
| Invoice Number | RHMP0327 |
| Invoice Date | 05/01/2022 |
| Due Date | 07/30/2022 |
| Balance Due | $845.04 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| **Office Phone Support 1-30** | Support and Management for Office Phones - 1-30 Lines | $1.00 | 700 | $700.00 |
| | E911 Interconnect Fee | $1.86 | 1 | $1.86 |

Taxes  
Federal excise tax - 3%  
FUSF - 17.4%  
State Tax Rate - 6% - Exempt

Subtotal  $701.86  
Fed Tax - ST Exempt 20.4%  $143.18

**Payment Options**  
Please remit payment to the following address:  
Healthcare Management Partners, LLC  
c/o Lauren Douglas  
1033 Demonbreun Street, Suite 300  
Nashville, TN 37203

**Balance Due**  $845.04

Please remit payment to the following address:  
Healthcare Management Partners, LLC  
c/o Lauren Douglas  
1033 Demonbreun Street, Suite 300  
Nashville, TN 37203