IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee, <br><br> Plaintiff, <br><br> v. <br><br> GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND), <br><br> Defendants. | Case No. 21-00031-KD-B |

**WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL TO RECEIVER FOR THE PERIOD FROM MAY 1, 2022 THROUGH MAY 31, 2022**

Waller Lansden Dortch & Davis, LLP ("*Waller*"), counsel to the court-appointed receiver (the "*Receiver*") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "*Fee Application*") for the period from May 1, 2022 through May 31, 2022 (the "*Application Period*") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

**BACKGROUND**

1.    On March 15, 2021 (the "*Appointment Date*"), this Court entered the *Order* (Dkt. No. 43) (the "*Receiver Order*"),[1] appointing the Receiver to administer and control the Facility.

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

2.	Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3.	Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4.	Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

5.	Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

6.	The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7.	Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2022, for matters of this type, and for reimbursement of all reasonable costs and

expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, Waller spent **82.4** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$37,454.50** in fees and **$2,732.21** in expenses.

13. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Jon P. Gaston | $540 | 0.2 | $108.00 |
| Kristen A. Larremore | $540 | 3.6 | $1,944.50 |
| Ryan K. Cochran | $575 | 23.8 | $12,333.75 |

| Brian J. Malcom | $490 | 27.9 | $13,058.50 |
| --- | --- | --- | --- |
| Blake D. Roth | $520 | 9.3 | $4,836.00 |
| Kendria S. Lewis | $345 | 15.4 | $4,502.25 |
| Jeanette L. Ramer | $315 | 0.7 | $220.50 |
| Anna E. Barry | $310 | 1.4 | $434.00 |
| Angela L. Hawks | $175 | 0.1 | $17.50 |
| **TOTAL** | | **82.4** | **$37,454.50** |

14. In addition, during the Application Period, Waller incurred expenses in the amount of **$2,732.21** in connection with travel expenses.

### TERMS AND CONDITIONS OF COMPENSATION

15. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

16. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

17. By this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$37,454.50** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$2,732.21** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

18. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be

received for services rendered as counsel to the Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

21. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: June 21, 2022                              Respectfully submitted,

   */s/ Brian J. Malcom*
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 850-8778
Fax:  (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

      I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 21st day of June, 2022.

       /s/ *Brian J. Malcom*
      OF COUNSEL

## Exhibit A

**Waller Invoices**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

Healthcare Management Partners
Derek Pierce
Via Email:
dpierce@HCMPLLC.com

June 9, 2022
Invoice 10857635
Page 1
Bill Through 05/31/22
Billing Atty: R. Cochran

Our Matter #      021401.12793

Knollwood Receivership

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 05/07/22 | Prepare spreadsheets and declarations in preparation for hearing<br>B110 | Lewis, Kendria S | 0.50 hrs. | $ 172.50 |
| 05/16/22 | Update fee chart in preparation for final sale<br>B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/16/22 | Prepare closing deliverables in preparation for closing<br>B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/17/22 | Prepare and revise recordable documents in preparation for closing.<br>B110 | Lewis, Kendria S | 1.00 hrs. | $ 345.00 |
| 05/18/22 | Attend call with indenture trustee and buyer's counsel re: court's sale order<br>B110 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |
| 05/23/22 | Revise recordable documents in preparation for closing<br>B110 | Lewis, Kendria S | 0.90 hrs. | $ 310.50 |
| 05/23/22 | Revise compensation chart<br>B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/23/22 | Correspondence with real estate team re: FIRPTA<br>B110 | Lewis, Kendria S | 0.20 hrs. | $ 69.00 |
| 05/24/22 | Correspondence with L. Douglas re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>B110 | Lewis, Kendria S | 0.70 hrs. | $ 241.50 |

| Date | Description / Code / Timekeeper | Hours | Amount |
|---|---|---|---|
| 05/24/22 | Prepare closing deliverables in preparation for closing<br>B110  Lewis, Kendria S | 0.10 hrs. | $ 34.50 |
| 05/25/22 | Revise recordable documents in preparation for closing<br>B110  Lewis, Kendria S | 0.60 hrs. | $ 207.00 |
| 05/26/22 | Update compensation chart in preparation for closing<br>B110  Lewis, Kendria S | 0.40 hrs. | $ 138.00 |
| | Code Total: | 5.30 hrs. | $1,828.50 |
| 05/04/22 | Work on MED's request for CHOW application<br>B130  Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/09/22 | Call with W. Jones re: sales process and hearing<br>B130  Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/12/22 | Conduct Auction<br>B130  Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 05/12/22 | Attend auction<br>B130  Lewis, Kendria S | 1.20 hrs. | $ 414.00 |
| 05/12/22 | Prepare chart in support of order approving sale hearing to follow auction<br>B130  Lewis, Kendria S | 0.10 hrs. | $ 34.50 |
| 05/16/22 | Work on closing checklist and documents<br>B130  Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/18/22 | Work on closing documents and closing checklist<br>B130  Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/20/22 | Work on closing documents<br>B130  Cochran, Ryan K | 0.60 hrs. | $ 345.00 |
| 05/23/22 | Work on closing documents<br>B130  Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | Code Total: | 3.00 hrs. | $1,426.00 |
| 05/02/22 | Analysis of cash flow for operations and funding request<br>B210  Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 05/12/22 | Work on funding request<br>B210  Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | Code Total: | 0.50 hrs. | $287.50 |
| 05/03/22 | Review comments to title commitment and revise accordingly<br>C200  Lewis, Kendria S | 0.50 hrs. | $ 172.50 |
| 05/06/22 | Prepare declaration in support of sale<br>C200  Lewis, Kendria S | 0.70 hrs. | $ 241.50 |
| | Code Total: | 1.20 hrs. | $414.00 |

| Date | Description | Code | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/22 | Call with D. Pierce re: ▓▓▓▓▓ | C300 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/03/22 | Discuss ▓▓▓▓▓ with J. Gaston | C300 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/03/22 | Work on formula to allocate proceeds of sale between bond issuances | C300 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/03/22 | Assess and advise re: receiver's federal income tax return filing obligations | C300 | Gaston, Jon P | 0.20 hrs. | $ 108.00 |
| 05/20/22 | Attention to finalizing draft closing documents and the closing task list to circulate to buyer's counsel | C300 | Larremore, Kristen A. | 0.70 hrs. | $ 378.00 |
| | Code Total: | | | 1.60 hrs. | $888.50 |
| 05/09/22 | Call with bondholder | C400 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/26/22 | Respond to inquiry from bondholder | C400 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| | Code Total: | | | 0.20 hrs. | $115.00 |
| 05/02/22 | Plan and prepare for sale hearing and auction | L190 | Malcom, Brian J. | 1.90 hrs. | $ 931.00 |
| 05/04/22 | Plan and prepare for sale, sale hearing, and auction | L190 | Malcom, Brian J. | 2.40 hrs. | $ 1,176.00 |
| 05/06/22 | Plan and prepare for sale, hearing, and auction | L190 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 05/12/22 | Prepare for public auction | L190 | Malcom, Brian J. | 0.80 hrs. | $ 392.00 |
| 05/16/22 | Plan and prepare for hearing on motion for preliminary injunction in Burgett action | L190 | Malcom, Brian J. | 1.70 hrs. | $ 833.00 |
| 05/17/22 | Plan and prepare for hearing on motion for injunction in Burgett proceeding | L190 | Malcom, Brian J. | 1.30 hrs. | $ 637.00 |
| 05/18/22 | Plan and prepare for hearing on injunction in Burgett | L190 | Malcom, Brian J. | 1.80 hrs. | $ 882.00 |
| | Code Total: | | | 10.30 hrs. | $5,047.00 |
| 05/09/22 | Prepare documentation re: receivership fees in support of proposed sale order | L210 | Lewis, Kendria S | 0.30 hrs. | $ 103.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/09/22 | Prepare declaration in support of auction<br>L210 | Lewis, Kendria S | 0.40 hrs. | $ 138.00 |
| | Code Total: | | 0.70 hrs. | $241.50 |
| 05/03/22 | Prepare for sale hearing<br>L250 | Cochran, Ryan K | 3.10 hrs. | $ 1,782.50 |
| 05/04/22 | Prepare for sale hearing and auction<br>L250 | Cochran, Ryan K | 1.90 hrs. | $ 1,092.50 |
| 05/05/22 | Work on declaration and proffer in support of sale hearing<br>L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 05/05/22 | Research factors re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>L250 | Roth, Blake D | 0.40 hrs. | $ 208.00 |
| 05/06/22 | Prepare declaration in support of sale motion and proffer of D. Prince<br>L250 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 05/06/22 | Draft and revise motion for preliminary injunction on Burgett matter to enforce Receiver's injunctions against 3rd parties<br>L250 | Malcom, Brian J. | 1.60 hrs. | $ 784.00 |
| 05/08/22 | Work on proposed sale order, declaration of sale and prepare for sale hearing<br>L250 | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 05/09/22 | Work on notice of successful bidder, declaration in support of sale, and proposed sale order<br>L250 | Cochran, Ryan K | 0.60 hrs. | $ 345.00 |
| 05/09/22 | Work on monthly operating report and fee applications<br>L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/09/22 | Review and analyze pleadings and prepare for sale hearing and auction<br>L250 | Malcom, Brian J. | 3.80 hrs. | $ 1,862.00 |
| 05/10/22 | Prepare for hearing on sale motion including work on declaration in support, testimony outline, and supporting case law<br>L250 | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |
| 05/10/22 | Prepare notice of service re: time change of sale hearing (.2); retrieve ucc searches in support of order to approve sale hearing (.6); prepare notice of filing of proposed order (.3); update fee chart in preparation for sale hearing (.3)<br>L250 | Lewis, Kendria S | 1.40 hrs. | $ 483.00 |
| 05/10/22 | Prepare for sale hearing and auction<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/10/22 | Work on motion to approve final accounting and discharge receiver<br>L250 | Roth, Blake D | 0.30 hrs. | $ 156.00 |
| 05/11/22 | Prepare for sale hearing re: proffer, declaration in support of sale, and research on free and clear sales<br>L250 | Cochran, Ryan K | 1.10 hrs. | $ 632.50 |

| Date | Description / Code | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/11/22 | Travel to Auction<br>L250 | Cochran, Ryan K | 2.50 hrs. | $ 718.75 |
| 05/11/22 | Travel to Auction<br>L250 | Lewis, Kendria S | 2.50 hrs. | $ 431.25 |
| 05/11/22 | Prepare for sale hearing and auction<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/11/22 | Travel to sale hearing and auction<br>L250 | Malcom, Brian J. | 2.50 hrs. | $ 612.50 |
| 05/12/22 | Work on allocation of sale proceeds motion<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/12/22 | Finalize proposed sale order, declaration in support and notice of successful bidder<br>L250 | Cochran, Ryan K | 1.50 hrs. | $ 862.50 |
| 05/12/22 | Prepare proffer and direct examination<br>L250 | Cochran, Ryan K | 0.50 hrs. | $ 287.50 |
| 05/12/22 | Prepare for sale hearing<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/12/22 | Attend and host public auction for sale of facility<br>L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 05/13/22 | Participate in sale hearing<br>L250 | Cochran, Ryan K | 0.80 hrs. | $ 460.00 |
| 05/13/22 | Prepare for sale hearing<br>L250 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 05/13/22 | Travel related to sale hearing<br>L250 | Cochran, Ryan K | 2.20 hrs. | $ 632.50 |
| 05/13/22 | Attend sale hearing<br>L250 | Lewis, Kendria S | 0.80 hrs. | $ 276.00 |
| 05/13/22 | Travel related to sale hearing<br>L250 | Lewis, Kendria S | 2.20 hrs. | $ 379.50 |
| 05/13/22 | Return travel from sale hearing and auction<br>L250 | Malcom, Brian J. | 2.30 hrs. | $ 1,127.00 |
| 05/13/22 | Prepare for sale hearing and prepare exhibits to hearing<br>L250 | Malcom, Brian J. | 1.00 hrs. | $ 490.00 |
| 05/13/22 | Attend sale hearing<br>L250 | Malcom, Brian J. | 0.80 hrs. | $ 392.00 |
| 05/13/22 | Attention to monthly operating report and fee applications<br>L250 | Roth, Blake D | 0.10 hrs. | $ 52.00 |
| 05/16/22 | Research related to proposed order provisions providing for good faith purchaser and affect of appeal<br>L250 | Cochran, Ryan K | 0.70 hrs. | $ 402.50 |
| 05/17/22 | Analysis of entered sale order and email to parties re: sale order | | | |

| Date | Description | Code | Attorney | Hours | Amount |
|---|---|---|---|---|---|
| | | L250 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 05/17/22 | Review and analyze sale order entered by court and compare against draft provided to court in proposed order | L250 | Malcom, Brian J. | 0.30 hrs. | $ 147.00 |
| 05/18/22 | Call with Buyer counsel and trustee counsel re: Sale Order | L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/18/22 | Work on monthly operating report and fee applications | L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 05/18/22 | Research re: [redacted] | L250 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/18/22 | Draft monthly operating report and fee applications | L250 | Roth, Blake D | 0.90 hrs. | $ 468.00 |
| 05/18/22 | Draft motion to approve final accounting and discharge receiver | L250 | Roth, Blake D | 0.70 hrs. | $ 364.00 |
| 05/19/22 | Draft letter to accompany service of sale order | L250 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 05/19/22 | Draft motion to discharge receiver and approve final distribution and research re: same | L250 | Roth, Blake D | 0.90 hrs. | $ 468.00 |
| 05/20/22 | Draft, revise, and finalize monthly operating report for facility and fee applications for submission to the court and file the same | L250 | Malcom, Brian J. | 1.90 hrs. | $ 931.00 |
| 05/20/22 | Review and revise monthly operating report | L250 | Roth, Blake D | 0.20 hrs. | $ 104.00 |
| 05/20/22 | Draft motion to discharge receiver and approve final accounting and research re: same | L250 | Roth, Blake D | 1.20 hrs. | $ 624.00 |
| 05/24/22 | Work on motion to discharge receiver and approve final accounting | L250 | Roth, Blake D | 1.10 hrs. | $ 572.00 |
| 05/25/22 | Draft motion to approve final accounting and research re: same | L250 | Roth, Blake D | 1.40 hrs. | $ 728.00 |
| 05/26/22 | Work on motion to discharge receiver and approve final accounting | L250 | Roth, Blake D | 1.30 hrs. | $ 676.00 |
| 05/27/22 | Work on motion to approve final discharge | L250 | Roth, Blake D | 0.80 hrs. | $ 416.00 |
| | Code Total: | | | 54.50 hrs. | $24,968.50 |
| 05/04/22 | Preparation of set up of additional extranet user | P100 | Hawks, Angela L. | 0.10 hrs. | $ 17.50 |
| | Code Total: | | | 0.10 hrs. | $17.50 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 05/10/22 | Perform UCC searches for Gordon Jensen Health Care Association, Inc. and Gordon Jensen Health Care Association, Inc. and confer with K. Lewis re: ▮ | | | |
| | P280 | Barry, Anna E | 1.00 hrs. | $ 310.00 |
| 05/11/22 | Correspondence with K. Lewis re: ▮ | | | |
| | P280 | Barry, Anna E | 0.40 hrs. | $ 124.00 |
| | Code Total: | | 1.40 hrs. | $434.00 |
| 05/16/22 | Prepare and update the closing task list for the closing | | | |
| | P400 | Larremore, Kristen A. | 1.10 hrs. | $ 594.00 |
| 05/23/22 | Review closing certificates and documents and update the closing task list | | | |
| | P400 | Larremore, Kristen A. | 0.90 hrs. | $ 486.00 |
| 05/24/22 | Review affidavit and deed matters for document preparation | | | |
| | P400 | Ramer, Jeanette L. | 0.70 hrs. | $ 220.50 |
| | Code Total: | | 2.70 hrs. | $1,300.50 |
| 05/18/22 | Attention to gathering information and reviewing documentation for closing | | | |
| | P600 | Larremore, Kristen A. | 0.90 hrs. | $ 486.00 |
| | Code Total: | | 0.90 hrs. | $486.00 |

Total Fees for Professional Services ............................................................... $ 37,454.50

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Gaston, Jon P | 540.00 | 0.20 | $ 108.00 |
| Larremore, Kristen A. | 540.00 | 3.60 | $ 1,944.00 |
| Cochran, Ryan K | 575.00 | 23.80 | $ 12,333.75 |
| Malcom, Brian J. | 490.00 | 27.90 | $ 13,058.50 |
| Roth, Blake D | 520.00 | 9.30 | $ 4,836.00 |
| Lewis, Kendria S | 345.00 | 15.40 | $ 4,502.25 |
| Ramer, Jeanette L. | 315.00 | 0.70 | $ 220.50 |
| Barry, Anna E | 310.00 | 1.40 | $ 434.00 |
| Hawks, Angela L. | 175.00 | 0.10 | $ 17.50 |
| TOTAL | | 82.40 | $ 37,454.50 |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| 05/10/22 | VENDOR: Bobbi M. Snell INVOICE#: 010051715146 DATE: 5/24/2022<br>GSCCCA Single-Use Account Activation Receipt | $ 5.00 |
| 05/11/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran, B. Malcom, and K. Lewis lunch while in Mobile, AL for Sale Hearing | $ 32.36 |

| Date | Description | Amount |
|---|---|---|
| 05/11/22 | VENDOR: Ryan Cochran INVOICE#: 010051673215 DATE: 5/24/2022<br>Car service to airport re: Sale hearing in Mobile, AL | $ 15.17 |
| 05/12/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran internet while in Mobile, AL for Sale Hearing (1 day) | $ 3.28 |
| 05/12/22 | VENDOR: Brian Malcom INVOICE#: 010051690413 DATE: 5/24/2022<br>Two conference rooms, wifi connections for two days and lunch at the Battle House Hotel for Court Auction and sale hearing | $ 1,053.03 |
| 05/13/22 | VENDOR: Kendria S. Lewis INVOICE#: 010051651409 DATE: 5/17/2022  hearing in Alabama | $ 444.46 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran rental vehicle for Sale Hearing in Mobile AL | $ 211.74 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran and K. Lewis dinner at airport while returning home from Mobile, AL for Sale Hearing | $ 12.37 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran parking while in Mobile, AL for Sale Hearing (1 day) | $ 18.00 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran parking while in Mobile, AL for Sale Hearing (1 day) | $ 24.94 |
| 05/13/22 | VENDOR: Ryan Cochran INVOICE#: 010051627002 DATE: 5/17/2022<br>R. Cochran parking while in Mobile, AL for Sale Hearing (1 day) | $ 443.46 |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051624996 DATE: 5/17/2022<br>Valet parking for hotel stay | $ 24.94 |
| 05/13/22 | VENDOR: Brian Malcom INVOICE#: 010051624996 DATE: 5/17/2022<br>Hotel stay for Court Auction | $ 443.46 |
| | Total Disbursements............................................................................. | $ 2,732.21 |
| | Total Fees and Disbursements on This Invoice | $ 40,186.71 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 40,186.71 |