# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

## RECEIVER'S MONTHLY OPERATING REPORT DATED JULY 20, 2022

Derek Pierce, managing partner of Healthcare Management Partners, LLC ("**HMP**"), as the court-appointed receiver (the "**Receiver**") in the above-captioned action, submits this monthly operating report for the period from June 12, 2022 through July 9, 2022 (the "**Reporting Period**").

### ADMINISTRATION OF THE RECEIVERSHIP ESTATE AND FACILITY OPERATIONS

Since the Receiver's appointment on March 15, 2021 pursuant to the *Order* (Dkt. No. 43 (the "**Receivership Order**"))[1] and subsequent acceptance of the Receiver's appointment on March 19, 2021, the Receiver has gained access to and control over all of Gordon Jensen Health Care Association, Inc.'s assets and take from Gordon Jensen Health Care Association, Inc., Knollwood NH, LLC, and Conquest Health Systems, LLC all rights and powers with respect to the Facility, the Facility's administration and operation, and all other aspects of the Receivership Estate. The Receiver continues to provide oversight and direction to the current manager of the Facility, review

---

[1] Capitalized terms used in this monthly operating report and not otherwise defined shall have the meanings ascribed to them in the Receivership Order.

and analyze past financial reports, and prepare forward-looking cash flow analyses and projections. The Receiver will continue to take all actions the Receiver deems necessary and advisable to fulfill the Receiver's obligations under the Receivership Order.

### TURNOVER OF ASSETS AND RECORDS

Pursuant to the Receivership Order, the Receiver is to exercise his full power and authority to control, manage, administer, operate, and protect the Receivership Estate. In addition, the Receivership Order: (a) directs the Receiver to operate and administer the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law; and (b) authorizes and directs the Receiver to recover, collect, operate, maintain, preserve, and manage the Receivership Estate in the best interests of the Receivership Estate's creditors. To that end, upon the Receiver's acceptance of his appointment under the Receivership Order, the Receiver immediately demanded that the above-captioned defendants and their respective officers, directors, stockholders, members, managers, subscribers, agents, and any other persons acting in active concert with them deliver to the Receiver all items necessary to operate and administer the Receivership Estate. To date, the above-captioned defendants have cooperated with the Receiver. The Receiver will continue (y) investigating whether requests for additional information are necessary and (z) assessing whether the Receiver has obtained access to all of the Receivership Estate.

### MANAGEMENT OF THE RECEIVERSHIP ESTATE

The Receiver is maintaining exclusive possession and control over the Receivership Estate, as contemplated and directed by the Receivership Order. As previously reported, as of April 15, 2021, the Receiver engaged HMP Senior Solutions, LLC ("**Senior Solutions**"), an affiliate and wholly-owned subsidiary of Healthcare Management Partners, LLC ("**HMP**"), to manage the Facility. Senior Solutions provides management services to senior housing facilities including

assisted living facilities and skilled nursing facilities. Senior Solutions has agreed to a management fee equal to 5% of net revenues (the "**Senior Solutions Management Fee**"). Additionally, the Receiver engaged HMP Metrics, LLC ("**Metrics**"), to provide information technology, telecom, and network support services for the Facility under the supervision of HMP and Senior Solutions. The fees and expenses of Senior Solutions and Metrics will be included in the monthly fee applications filed by HMP.

### FINANCIAL PERFORMANCE

Attached as **Exhibit A** to this monthly operating report is a cash flow analysis for the Reporting Period. As set forth in the attached cash flow analysis, as of the beginning of the Reporting Period, the Receivership Estate had a beginning cash balance of **$157,659**. During the Reporting Period, the Receivership Estate collected **$416,413** in cash receipts and expended **$426,689** in necessary operating expenses and **$15,000** in necessary non-operating expenses (the entirety of which consists of transfers to Gordon Oaks), resulting in cash flow during the Reporting Period in the amount of **$(25,277)**. As a result, at the conclusion of the Reporting Period, the Receivership Estate had an ending cash balance of **$132,383**. As of the end of the Reporting Period, the Facility had fifty-nine (59) occupied beds out of seventy-one (71) available beds.

### INFORMATION REGARDING COVID-19

In accordance with CDC guidance, the Facility is no longer conducting COVID-19 testing because the Facility is in a low transmission area. During the Reporting Period, zero residents and three employees tested positive for COVID-19. The Facility continues to follow the recommendations for COVID-19 infection control and prevention issued by the World Health Organization, Centers for Disease Control, Centers for Medicare and Medicaid Services, and the State of Alabama.

### RETENTION OF PROFESSIONALS AND INCURRED PROFESSIONAL FEES

Pursuant to Paragraph 8(xxiv), the Receiver is authorized to engage professionals in the ordinary course of the Facility's business, as the Receiver may, subject to the approval of the Trustee, deem necessary or advisable to assist the Receiver in the performance of its duties under the Receivership Order, with the fees and expenses of such professionals payable on a current basis from the Receivership Estate as operating expenses, subject to Paragraph 8(xxx) of the Receivership Order.

As of the date of this monthly operating report, Waller Lansden Dortch & Davis, LLP ("*Waller*") continues to serve as general counsel to the Receiver and assist with the substantial legal work required to advise and represent the Receiver with respect to his general duties under the Receivership Order. In accordance with Paragraph 36 of the Receivership Order, the Receiver and Waller will seek payment of the Receiver's and Waller's fees and expenses on the twentieth of each calendar month, by filing fee applications setting for reasonably itemized time entries and expenses. In each instance a fee application is filed, unless a party files a written objection within thirty (30) calendar days of the filing of the respective fee application, the respective fee application will be deemed approved and the Receiver shall be authorized to pay the fees and expenses as necessary expenses of the operation of the Facility without further order of the Court.

Also as of the date of this monthly operating report, Blueprint Healthcare Real Estate Advisors, LLC ("*Blueprint*") has been retained as the Receiver's real estate broker and exclusive listing agent for the real and personal property associated with: (i) the Facility; (ii) the assisted living facility commonly known as Gordon Oaks Senior Living; and (iii) the independent living

facility commonly known as Gordon Oaks Senior Living (collectively, the "**Facilities**").[2] Blueprint has agreed to charge the Receiver the greater of (a) two percent (2%) commission on the gross sale price of the Facilities and (b) Two Hundred Thousand Dollars ($200,000), whether the Facilities are sold in one or multiple transactions. Blueprint is now actively marketing the Facilities.

## LIQUIDATION OF CLAIMS OF THE RECEIVERSHIP ESTATE

As part of the Receiver's duties and obligations under the Receivership Order, the Receiver will undertake to investigate potential claims against third parties and whether any such claims should be pursued by way of legal action, in accordance with the Receiver's power set forth in paragraphs 8(xv) and 8(xviii) of the Receivership Order.

## CLAIMS PROCEDURES

As previously reported, pursuant to the *Order Granting Receiver's Motion to Approve (I) Proposed Claims Verification Procedures, (II) Claims Bar Date, and (III) Proposed Claims Distribution Method* (the "***Claims Order***"), the deadline to file claims was **September 6, 2021 at 5:00 p.m. (prevailing Central time)**. As also previously reported, the Receiver: (a) has received three (3) claims in accordance with and pursuant to the Claims Order; and (b) has not undertaken to reconcile or otherwise determine the veracity of the claims filed to date, but the Receiver will undertake such actions at an appropriate time in the future as part of the Receiver's claims reconciliation process during this proceeding.

---

[2] The Receiver also serves as receiver and has retained Blueprint in similar capacities in *BOKF, N.A., as indenture trustee v. Bama Oaks Retirement, LLC et al.*, No. 21-00028-KD-B and *BOKF, N.A., as indenture trustee v. Bama Oaks Retirement, LLC*, No. 21-00029-KD-B, each of which involve the Facilities.

## SALE PROCESS

On February 4, 2022, the Receiver filed *Receiver's Motion for Order: (I) Authorizing and Approving Bidding Procedures for the Sale of Substantially All of the Assets of the Receivership Estates; (II) Authorizing the Sale of Substantially All of the Assets of the Receivership Estates Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Approving Stalking Horse Purchaser, Break-Up Fee, and Overbid Protections; (IV) Scheduling a Hearing to Approve the sale of Substantially All of the Assets of the Receivership Estates; and (V) Granting Related Relief* (the "**Sale Motion**").

As previously reported, the Court entered the *Bidding Procedures Order* (Dkt. No. 153), pursuant to which the Court, among other things, established May 6, 2022 at 5:00 p.m. (prevailing Central time) as the deadline to submit a competing bid, scheduled a public sale by auction to occur on May 12, 2022 at 9:30 a.m. at the main entrance of the Court, scheduled a hearing to consider approval of any sale for Friday, May 13, 2022 at 11:00 a.m. (this hearing was subsequently rescheduled to 1:30 p.m.), and established May 12, 2022 at 5:00 p.m. (prevailing Central time) as the deadline to file any objections to any sale.

On May 12, 2022, the Receiver caused to be filed a *Notice of Successful Bidder* (Dkt. No. 168), notifying the Court there was a single Qualified Bidder, the Successful Bidder was the Stalking Horse Purchaser, Southern Skilled Acquisitions I, LLC ("**Southern Skilled Acquisitions**"), and the Successful Bid was $12,000,000. On May 17, 2022, the Court entered the *Order (I) Authorizing, Approving, and Directing the Sale of Substantially All of the Assets of the Receivership Estates to the Successful Bidder and Backup Bidder Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving the Successful Bid and Backup Bid; (III) Approving Marketing and Sale Process; and (IV) Granting Related Relief* (Dkt. No. 171) (the "**Final Sale Order**"), approving a sale of substantially all assets of the

Receivership Estate. Subject to and in accordance with the Final Sale Order, the Receiver will undertake all steps to close the sale of substantially all assets of the Receivership Estate as contemplated in the Sale Motion. The Receiver and Southern Skilled Acquisitions are engaged in negotiations regarding establishing a closing date for the sale.

**PENDING MATTERS**

As of the date of this fifteenth monthly operating report, the following motions are pending:

(i)   *Receiver's Motion to Approve Compensation for Services Rendered and Expenses Incurred for the Period From April 1, 2022 Through April 30, 2022* (Dkt. No. 175); and

(ii)  *Waller Lansden Dortch & Davis, LLP's Motion to Approve Compensation for Services Rendered and Expenses Incurred for the Period From April 1, 2022 Through April 30, 2022* (Dkt. No. 176);

(iii) *Receiver's Motion to Approve Compensation for Services Rendered and Expenses Incurred for the Period from May 1, 2022 Through May 31, 2022* (Dkt. No. 178); and

(iv)  *Waller Lansden Dortch & Davis, LLP's Motion to Approve Compensation for Services Rendered and Expenses Incurred for the Period From May 1, 2022 Through May 31, 2022* (Dkt. No. 179).

Dated: July 20, 2022                                  Respectfully submitted,

                                                  */s/ Brian J. Malcom*
Brian J. Malcom
WALLER LANSDEN DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN DORTCH & DAVIS, LLP

> 511 Union Street, Suite 2700
> Nashville, Tennessee 37219
> Tel: (615) 850-8778
> Fax: (615) 244-6304
> ryan.cochran@wallerlaw.com
>
> *Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 20th day of July 2022.

       */s/ Brian J. Malcom*
       OF COUNSEL

**EXHIBIT A**

**CASH FLOW REPORT**

## Knollwood NH LLC

From the Period 06/12/2022 - 07/09/2022

| Cash Flow WorkSheet<br>Week Beginning Date<br>Week Ending Date | Actual<br>6/12/2022<br>6/18/2022 | Actual<br>6/19/2022<br>6/25/2022 | Actual<br>6/26/2022<br>7/2/2022 | Actual<br>7/3/2022<br>7/9/2022 | Actual<br>6/12/2022<br>7/9/2022 |
|---|---|---|---|---|---|
| **Total Unit Occupancy** | 69% | 73% | 82% | 83% | 83% |
| **Total Available Beds** | 71 | 71 | 71 | 71 | 71 |
| **Total Occupied Bed** | 49 | 52 | 58 | 59 | 59 |
| **Beginning Balance** | $157,659 | $293,715 | $170,120 | $280,654 | $157,659 |
| | | | | | |
| **Cash Receipts** | | | | | |
| Patient Payments - Medicaid | $ 110,524 | $ 2,329 | $ 117,312 | $ - | $ 230,166 |
| Patient Payments - Medicare A | - | 40,320 | 4,424 | - | 44,745 |
| [1] Patient Payments - Other | 99,411 | 11,878 | - | 30,213 | 141,502 |
| CARES ACT Funding | - | - | - | - | - |
| PPP Funding | - | - | - | - | - |
| SBA Loan Funding | - | - | - | - | - |
| Patient Refunds | - | - | - | - | - |
| **Total Cash Receipts** | $ 209,936 | $ 54,527 | $ 121,737 | $ 30,213 | $ 416,413 |
| **Cash Disbursements** | | | | | |
| Labor | (10,425) | (116,166) | (6,907) | (115,358) | (248,856) |
| Contract Labor | (14,098) | (16,395) | - | (33,335) | (63,828) |
| Management Fees | - | - | - | - | - |
| Medical Director | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Worker's Comp Insurance | - | - | - | - | - |
| Patient Care | (5,170) | - | - | - | (5,170) |
| General & Administrative | (2,048) | (1,638) | (50) | (100) | (3,836) |
| Dietary | (6,254) | (4,628) | (4,569) | (4,729) | (20,180) |
| Rental & Leases | (1,098) | (3,961) | 463 | - | (4,596) |
| Utilities - Cable TV | - | (1,698) | - | (2,892) | (4,590) |
| Utilities - Electricity | - | (14,709) | - | - | (14,709) |
| Utilities - Gas | - | - | - | - | - |
| Utilities - Pest Control | - | - | - | - | - |
| Utilities - Waste Disposal | (735) | (3,025) | (139) | - | (3,899) |
| Utilities - Water | - | - | - | (7,071) | (7,071) |
| Supplies | (1,631) | (4,229) | - | - | (5,860) |
| Housekeeping | - | - | - | - | - |
| Repairs & Maintenance | (547) | (3,026) | - | - | (3,573) |
| Pharmacy | - | (8,519) | - | - | (8,519) |
| Marketing | (3,600) | - | - | - | (3,600) |
| Petty Cash | - | - | - | - | - |
| Professional Fees | - | - | - | - | - |
| Taxes, Licenses, Dues & Fees | (28,273) | (129) | - | - | (28,402) |
| Miscellaneous | - | - | - | - | - |
| **Total Cash Disbursements** | $ (73,880) | $ (178,123) | $ (11,203) | $ (163,484) | $ (426,689) |
| **Cash Flow From Operations** | 136,056 | (123,595) | 110,534 | (133,271) | (10,277) |
| | | | | | |
| Cap-EX | - | - | - | - | - |
| Transfers from Indenture Trustee | - | - | - | - | - |
| Approved, Paid Professional Fees | - | - | - | - | - |
| Approved, Unpaid Professional Fees | - | - | - | - | - |
| Accrued, Unpaid Professional Fees, Not Yet Approved | - | - | - | - | - |
| Net Due to/from Gordon Oaks | - | - | - | (15,000) | (15,000) |
| Net Due to/from Marsh Pointe Mgmt, includes "mgmt fee" | - | - | - | - | - |
| Net Due to/from All Other Affiliated Parties | - | - | - | - | - |
| Closing Costs | - | - | - | - | - |
| **Net Cash Flow** | $ 136,056 | $ (123,595) | $ 110,534 | $ (148,271) | $ (25,277) |
| **Ending Balance** | $293,715 | $170,120 | $280,654 | $132,383 | $132,383 |

[1] Cash Receipts previously classified as "Patient Payments - Coinsurance", "Patient Payments - Managed Care", "Patient Payments - Private" are now included in "Patient Payments - Other".

Page 1 of 1