# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., as indenture trustee,<br><br>Plaintiff,<br><br>v.<br><br>GORDON JENSEN HEALTH CARE ASSOCIATION, INC.; KNOLLWOOD NH, LLC; CONQUEST HEALTH SYSTEMS, LLC; MARSH POINTE MANAGEMENT, LLC; and MEDICAL CLINIC BOARD OF THE CITY OF MOBILE (SECOND),<br><br>Defendants. | Case No. 21-00031-KD-B |

## WALLER LANSDEN DORTCH & DAVIS, LLP'S MOTION TO APPROVE COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL TO RECEIVER FOR THE PERIOD FROM JUNE 1, 2022 THROUGH JUNE 30, 2022

Waller Lansden Dortch & Davis, LLP ("*Waller*"), counsel to the court-appointed receiver (the "*Receiver*") in the above-captioned civil action, submits this motion to approve compensation for services rendered and reimbursement of costs and expenses incurred (the "*Fee Application*") for the period from June 1, 2022 through June 30, 2022 (the "*Application Period*") as counsel to the Receiver and, in support of the Fee Application, Waller respectfully states as follows:

### BACKGROUND

1.  On March 15, 2021 (the "*Appointment Date*"), this Court entered the *Order* (Dkt. No. 43) (the "*Receiver Order*"),[1] appointing the Receiver to administer and control the Facility.

---

[1] Capitalized terms used in this Application and not otherwise defined shall have the meanings ascribed to them in the Receiver Order.

2. Since accepting the appointment pursuant to the Receiver Order, the Receiver has exercised his full power and authority to control, manage, administer, operate, and protect the Receivership Estate, as laid out in the Receiver Order. The Receiver has operated and administered the Receivership Estate in an economical and efficient manner in compliance with the terms and conditions of the Bond Documents and applicable law and in the best interest of the Receivership Estate's creditors.

3. Paragraph (8), subsection (xxiv) of the Receiver Order allows HMP to employ counsel to assist it in its role as Receiver. This Court approved the Receiver's retention of Waller to represent it as its general counsel in this matter. (Receiver Order ¶ 19.)

4. Paragraph (36) of the Receiver Order provides that the Receiver shall file applications for payment of the Receiver's and Receiver Affiliates fees and expenses on the twentieth (20) of each calendar month.

5. Pursuant to the Receiver Order, fees and expenses payable to Receiver Affiliates shall be treated as priority administrative claims against the Receivership Estate, and payment of such amounts in accordance with the Receiver Order take priority over payment of any claims arising prior to the date on which the Receiver is appointed (including, but not limited to, claims of the Trustee with respect to the Bonds).

6. The professional services provided by Waller are necessary to enable the Receiver to perform and exercise faithfully and confidently the Receiver's powers, duties, and responsibilities under the Receiver Order.

7. Waller charges the Receiver for its legal services at the hourly rates in effect as of January 1, 2022, for matters of this type, and for reimbursement of all reasonable costs and

expenses incurred in connection with its representation of the Receiver in all matters concerning the above-captioned proceedings.

8. Waller maintains computerized time records of the time spent by all Waller professionals and paraprofessionals in connection with its representation of the Receiver.

9. Waller's computerized time records reflect the category of the services provided, the date services were performed, the name of the professionals and paraprofessionals who rendered the services, a description of the services provided, the amount of time expended, and the cost of such services.

10. As set forth in greater detail below, Waller's activities on behalf of the Receiver in relation to the above-captioned proceedings were substantial, beneficial, and necessary for the fulfillment of the Receiver's duties and obligations pursuant to the Receiver Order.

11. Attached as **Exhibit A** to this application are computerized time records reflecting the services provided by Waller during the Application Period.

### DESCRIPTION OF SERVICES AND EXPENSES FOR THE APPLICATION PERIOD

12. During the Application Period, Waller spent **23.5** hours providing services to the Receiver to assist the Receiver in fulfilling his duties and obligation under the Receiver Order, resulting in **$11,171.00** in fees and **$1,281.00** in expenses.

13. The services rendered by Waller during the Application Period were performed by Waller professionals as follows:

| Professional | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Kristen A. Larremore | $540 | 2.7 | $1,458.00 |
| Ryan K. Cochran | $575 | 4.2 | $2,415.00 |
| Brian J. Malcom | $490 | 8.3 | $4,067.00 |

| Blake D. Roth | $520 | 2.1 | $1,092.00 |
|---|---|---|---|
| Kendria S. Lewis | $345 | 6.2 | $2,139.00 |
| **TOTAL** | | **23.5** | **$11,171.00** |

14. In addition, during the Application Period, Waller incurred expenses in the amount of **$1,281.00** in connection with service costs.

**TERMS AND CONDITIONS OF COMPENSATION**

15. Subject to this Court's approval, Waller seeks payment on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Waller during the Application Period.

16. The rates charged by Waller in this case are the same rates charged by Waller with regard to other matters of this type.

17. By this Fee Application, Waller seeks entry of an order granting approval, and directing payment, without further order of this Court, at such times as the Receiver determines in his absolute discretion that the funds are available, of (a) compensation in the amount of **$11,171.00** for professional services rendered in aid of the Receiver during the Application Period as counsel to the Receiver and (b) reimbursement of actual and necessary out of pocket disbursements and charges in the amount of **$1,281.00** incurred in the rendering of such professional services on behalf of the Receiver during the Application Period.

18. Other than Waller's partnership agreement, there are no agreements or understandings between Waller and any other person for the sharing of compensation to be received for services rendered as counsel to the Receiver during the above-captioned proceedings.

19. All services for which compensation is requested and expenses for which reimbursement is requested are reasonable, necessary, and were performed for and on behalf of the Receiver during the Application Period.

20. The fees and expenses incurred during the Application Period were incurred in the best interests of all parties to the above-captioned proceedings.

21. Waller has no interests adverse to the Receiver that would inhibit Waller from acting as counsel to the Receiver or performing any legal services for the Receiver as necessary for the performance of its duties under the Receiver Order.

WHEREFORE, the Waller respectfully requests that this Court enter an order approving this Fee Application and granting such other and further relief as this Court deems just and proper.

[*Remainder of Page Left Intentionally Blank*]

Dated: July 20, 2022

Respectfully submitted,

  */s/ Brian J. Malcom*
Brian J. Malcom
WALLER LANSDEN
DORTCH & DAVIS, LLP
1901 Sixth Ave. North, Suite 1400
Birmingham, AL 35203
Tel: (205) 226-5706
Fax: (205) 214-7342
Brian.Malcom@wallerlaw.com

- and -

Ryan K. Cochran
Alabama Bar No. 1748N70C
WALLER LANSDEN
DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Tel:  (615) 850-8778
Fax:  (615) 244-6304
ryan.cochran@wallerlaw.com

*Attorneys for the Receiver, Derek Pierce of Healthcare Management Partners, LLC*

## CERTIFICATE OF SERVICE

      I, the undersigned, declare that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic noticing system on the date set forth below on the following:

W. Joseph McCorkle, Jr.
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101
jmccorkl@balch.com

Frederic Dorwart
James A. Higgins
Nora R. O'Neill
Frederic Dorwart Lawyers
124 E. Fourth Street, Ste. 100
Tulsa, OK 74103
fdorwart@fdlaw.com
jhiggins@fdlaw.com

Walter Jones
Patrick N. Silloway
Balch & Bingham
30 Ivan Allen Jr. Blvd., Ste. 700
Atlanta, GA 30308
wjones@balch.com
psilloway@balch.com
*Attorneys for BOKF, N.A.*

Thomas R. Boller
Mary Allie Elizabeth Boller
Thomas R. Boller, PC
150 Government Street, Ste. 1001
Mobile, AL 36602
tom@bollerlawfirm.com
allie@bollerlawfirm.com

*Attorneys for Conquest Health Systems, LLC; Gordon Jensen Health Care Association, Inc.; Knollwood NH, LLC; & Marsh Pointe Management, LLC*

Michael Mark Linder, Jr.
The Atchison Firm
3030 Knollwood Drive
Mobile, AL 36693
michael.linder@atchisonlaw.com

*Attorney for Medical Clinic Board of the City of Mobile*

This 20th day of July, 2022.

                                                                     */s/ Brian J. Malcom*
                                                                     OF COUNSEL

## **Exhibit A**

**Waller Invoices**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
POST OFFICE BOX 198966
NASHVILLE, TENNESSEE 37219-8966
615-244-6380
FEDERAL ID NO. 62-0479474

**Healthcare Management Partners**
**Derek Pierce**
Via Email:
dpierce@HCMPLLC.com

July 14, 2022
Invoice 10863935
Page 1
Bill Through 06/30/22
Billing Atty: R. Cochran

Our Matter #   021401.12793

Knollwood Receivership

| Date | Description / Code | Attorney | Hours | Amount |
|---|---|---|---|---|
| 06/15/22 | Draft and revise closing deliverables in preparations for closing<br>B110 | Lewis, Kendria S | 4.20 hrs. | $ 1,449.00 |
| | Code Total: | | 4.20 hrs. | $1,449.00 |
| 06/06/22 | Call with D. Pierce re: ▓▓▓▓<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/07/22 | Work on proposal to buyer for accounts receivable<br>B130 | Cochran, Ryan K | 0.40 hrs. | $ 230.00 |
| 06/10/22 | Call with D. Pierce re: ▓▓▓▓<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/13/22 | Work on closing documents<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 06/13/22 | Discussion with K. Larremore re: ▓▓▓▓<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/14/22 | Work on closing documents<br>B130 | Cochran, Ryan K | 1.00 hrs. | $ 575.00 |
| 06/14/22 | Call with Purchaser re: closing date<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 06/16/22 | Work on closing issues<br>B130 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 06/17/22 | Work on proration items with HMP<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/17/22 | Provide draft closing documents and closing task list to B. Guy (Purchaser)<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/20/22 | Confer separately with B. Guy (Buyer counsel) and W. Jones (Trustee counsel) re: closing documents<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/21/22 | Work on closing checklist with K. Larremore<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/21/22 | Work on coordinating closing approvals with title company<br>B130 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/21/22 | Work on obtaining executed QCD from issuer<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 06/22/22 | Call with S. O'Connor re: [redacted]<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 06/23/22 | Participate in closing call with buyer<br>B130 | Cochran, Ryan K | 0.30 hrs. | $ 172.50 |
| 06/23/22 | Work on Issuer QCD's<br>B130 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| | Code Total: | | 3.80 hrs. | $2,185.00 |
| 06/02/22 | Confer with D. Pierce and K. Shamblin re: insurance issue<br>B210 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| | Code Total: | | 0.10 hrs. | $57.50 |
| 06/03/22 | Revise closing deliverable documents in preparation for closing<br>C200 | Lewis, Kendria S | 0.80 hrs. | $ 276.00 |
| 06/22/22 | Revise documents in preparation for closing<br>C200 | Lewis, Kendria S | 1.20 hrs. | $ 414.00 |
| | Code Total: | | 2.00 hrs. | $690.00 |
| 06/13/22 | Review certain transaction documentation to prepare for closing<br>C300 | Larremore, Kristen A. | 0.30 hrs. | $ 162.00 |
| 06/15/22 | Review the asset purchase agreement<br>C300 | Larremore, Kristen A. | 0.60 hrs. | $ 324.00 |
| 06/15/22 | Prepare a list of proration items for HMP to be working on in conjunction with the closing date<br>C300 | Larremore, Kristen A. | 0.30 hrs. | $ 162.00 |
| 06/15/22 | Draft proration agreement and provide comments for updates<br>C300 | Larremore, Kristen A. | 0.40 hrs. | $ 216.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 06/20/22 | Update the draft proration agreement and circulate to purchaser's counsel for discussion | | | |
| | C300 | Larremore, Kristen A. | 0.60 hrs. | $ 324.00 |
| | Code Total: | | 2.20 hrs. | $1,188.00 |
| 06/23/22 | Call with seller's counsel to coordinate closing items | | | |
| | C400 | Larremore, Kristen A. | 0.50 hrs. | $ 270.00 |
| | Code Total: | | 0.50 hrs. | $270.00 |
| 06/01/22 | Correspondence with court and opposing counsel re: scheduling of hearing on motion for injunction against judgment creditor Burgett | | | |
| | L250 | Malcom, Brian J. | 0.90 hrs. | $ 441.00 |
| 06/01/22 | Work on motion to approve final accounting and discharge receiver | | | |
| | L250 | Roth, Blake D | 0.90 hrs. | $ 468.00 |
| 06/02/22 | Draft and revise motion re: injunctive relief against judgment creditor Burgett | | | |
| | L250 | Malcom, Brian J. | 1.20 hrs. | $ 588.00 |
| 06/07/22 | Work on monthly operating report and fee application | | | |
| | L250 | Cochran, Ryan K | 0.10 hrs. | $ 57.50 |
| 06/07/22 | Draft and revise motion for dismissal of judgment creditor Burgett | | | |
| | L250 | Malcom, Brian J. | 1.10 hrs. | $ 539.00 |
| 06/08/22 | Draft and revise motion for voluntary dismissal without prejudice re: Burgett | | | |
| | L250 | Malcom, Brian J. | 1.30 hrs. | $ 637.00 |
| 06/09/22 | Attention to monthly operating report and fee applications | | | |
| | L250 | Roth, Blake D | 0.10 hrs. | $ 52.00 |
| 06/13/22 | Prepare for hearing on motion for injunction re: Burgett | | | |
| | L250 | Malcom, Brian J. | 1.10 hrs. | $ 539.00 |
| 06/13/22 | Draft monthly operating report and fee applications | | | |
| | L250 | Roth, Blake D | 0.50 hrs. | $ 260.00 |
| 06/16/22 | Draft and revise monthly operating report and fee applications | | | |
| | L250 | Malcom, Brian J. | 0.70 hrs. | $ 343.00 |
| 06/16/22 | Work on monthly operating report and fee applications | | | |
| | L250 | Roth, Blake D | 0.60 hrs. | $ 312.00 |
| 06/17/22 | Draft and revise monthly operating report and fee applications | | | |
| | L250 | Malcom, Brian J. | 0.40 hrs. | $ 196.00 |
| 06/20/22 | Work on monthly operating report and fee applications | | | |
| | L250 | Cochran, Ryan K | 0.20 hrs. | $ 115.00 |
| 06/24/22 | Draft and revise dismissal of injunction action re: Burgett | | | |
| | L250 | Malcom, Brian J. | 1.60 hrs. | $ 784.00 |

| | | |
|---|---|---|
| Code Total: | 10.70 hrs. | $5,331.50 |

Total Fees for Professional Services ............................................................... $ 11,171.00

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Larremore, Kristen A. | 540.00 | 2.70 | $ 1,458.00 |
| Cochran, Ryan K | 575.00 | 4.20 | $ 2,415.00 |
| Malcom, Brian J. | 490.00 | 8.30 | $ 4,067.00 |
| Roth, Blake D | 520.00 | 2.10 | $ 1,092.00 |
| Lewis, Kendria S | 345.00 | 6.20 | $ 2,139.00 |
| TOTAL | | 23.50 | $ 11,171.00 |

### Disbursements

| | |
|---|---|
| Postage - 136 @ 9.42 | $ 1,281.00 |
| Total Disbursements............................................................... | $ 1,281.00 |
| Total Fees and Disbursements on This Invoice | $ 12,452.00 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 12,452.00 |