IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 21-00031-KD-B |
| ) | |
| **GORDON JENSEN HEALTH CARE** ) | |
| **ASSOCIATION, INC.;** ) | |
| **KNOLLWOOD NH, LLC;** ) | |
| **CONQUEST HEALTH SYSTEMS, LLC;** ) | |
| **MARSH POINTE MANAGEMENT, LLC;** ) | |
| **and MEDICAL CLINIC BOARD OF THE** ) | |
| **CITY OF MOBILE (SECOND),** ) | |
| ) | |
|     **Defendants.** ) | |

## ORDER

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from June 1, 2022, through June 30, 2022, and from July 1, 2022, through July 31, 2022, filed by Waller Lansden Dortch & Davis LLP (docs. 184, 190). For June, Waller seeks approval of compensation in the amount of $11,171.00 for attorney fees and expenses in the amount of $1,281.00 (doc. 184, p. 4). For July, Waller seeks approval of compensation in the amount of $8,416.50 for attorney fees and expenses in the amount of $439.95 (doc. 190, p. 4).

Waller asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Waller cites to certain provisions in the Order appointing the Receiver (doc. 43, ¶¶ 8, 19, 36). Waller also provides time records which describe the services provided; identify the attorney performing the services, the time expended by that attorney, and

the hourly rate; and set forth the total fees and expenses (Exhibit A to the Motions).

The thirty (30) day period for objection has passed (doc. 43, ¶ 36). To date, no objection has been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions (docs. 176, 178) are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 5th day of August 2022.

                                                s/ Kristi K. DuBose
                                                KRISTI K. DuBOSE
                                                UNITED STATES DISTRICT JUDGE