IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BOKF, N.A., as Indenture Trustee,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | Civil Action No. 21-00031-KD-B |
| ) | |
| **GORDON JENSEN HEALTH CARE** ) | |
| **ASSOCIATION, INC.;** ) | |
| **KNOLLWOOD NH, LLC;** ) | |
| **CONQUEST HEALTH SYSTEMS, LLC;** ) | |
| **MARSH POINTE MANAGEMENT, LLC;** ) | |
| **and MEDICAL CLINIC BOARD OF THE** ) | |
| **CITY OF MOBILE (SECOND),** ) | |
| ) | |
|    **Defendants.** ) | |

## ORDER

This action is before the Court on the Motions to Approve Compensation for Services Rendered and Expenses Incurred as Counsel to Receiver from May 1, 2023, through May 31, 2023, and June 1, 2032 and June 30, 2023, filed by Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. and Epstein Becker & Green P.C. (doc. 243, doc. 247). For May, Baker seeks approval of compensation in the amount of $735.00 and EBG seeks approval of compensation in the amount of $18,440.50 for attorney fees (doc. 243, p. 5). For June, Baker seeks approval of compensation in the amount of $5,999.00 and EBG seeks approval of compensation in the amount of $3,230.50 for attorney fees (doc. 247, p. 5).

Counsel asserts that the compensation and reimbursement requested is reasonable and incurred for services necessary to the Receiver's performance and exercise of his duties and responsibilities. In support, Counsel cites to certain provisions in the Order appointing the Receiver (doc. 43, ¶¶ 8, 19, 36). Counsel also provides time records which describe the services

provided; identify the attorney performing the services, the time expended by that attorney, and the hourly rate; and set forth the total fees and expenses (Exhibits A and B to the Motions).

The thirty (30) day period for objection has passed (doc. 43, ¶ 36). To date, no objections have been filed.

Upon consideration of the Motions/Fee Applications, the time records, the Order appointing the Receiver, and the absence of any objection, the Motions are GRANTED. Accordingly, the Fee Applications are approved, and the Receiver is directed to pay, without further court order and at such times as the Receiver determines in his discretion that funds are available, the compensation requested.

DONE and ORDERED this the 5th day of October 2023.

s/ Kristi K. DuBose
KRISTI K. DuBose
UNITED STATES DISTRICT JUDGE